ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 3 0 2017
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor,<br><br>    Plaintiff,<br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS,<br><br>    Defendant. | Civil Action No. 4:16-cv-1057-A |

## MOTION TO DISMISS BY DEFENDANT
## ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, Defendant Association of Professional Flight Attendants ("APFA") hereby moves to dismiss the Complaint filed against it in the above-captioned case, in its entirety, with prejudice.

The grounds supporting APFA's motion to dismiss are set out in full in the accompanying brief.

                                      Respectfully submitted,

                                      ANDREW D. ROTH*
                                      D.C. Bar No. 414038
                                      ADAM BELLOTTI*
                                      D.C. Bar No. 1020169
                                      Bredhoff & Kaiser, P.L.L.C.
                                      805 Fifteenth St. N.W., Tenth Floor
                                      Washington, D.C. 20005
                                      Tel: (202) 842-2600
                                      Fax: (202) 842-1888
                                      Email: aroth@bredhoff.com
                                      Email: abellotti@bredhoff.com

*/s/ Sanford R. Denison*
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

*Application for Admission
 Pro Hac Vice being filed herewith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of January, 2017, the above and foregoing document was served on Plaintiff's counsel of record electronically by email transmission and by USPS, First Class mail, postage prepaid, as authorized by Federal Rule of Civil Procedure 5(b), addressed to the following:

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

*/s/ Sanford R. Denison*
SANFORD R. DENISON

- 2 -