IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:16-CV-1057-A |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, | § § § | |
| Defendant. | § | |

ORDER

Came on for consideration the motion of defendant, Association of Professional Flight Attendants, to dismiss. The court, having considered the motion, the response of plaintiff, currently Acting Secretary of Labor, Edward Hugler, the record, and applicable authorities, finds that the motion should be denied. The court is satisfied that plaintiff has sufficiently pleaded facts to support the claims asserted.

The court ORDERS that defendant's motion to dismiss be, and is hereby, denied.

SIGNED February 22, 2017.

_____
JOHN McBRYDE
United States District Judge