ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 JUN 29 PM 2: 15

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ [now R. ALEXANDER ACOSTA], Secretary of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS,<br><br>    Defendant. | Civil Action No. 4:16-CV-1057-A |

## PLAINTIFF'S EXPERT DESIGNATION

Pursuant to paragraph 15 of the Court's Order Setting Schedule and Providing Special Pretrial Instructions (Doc. 20, as amended with respect to the deadline by Order dated April 19, 2017 (Doc. 22)), Plaintiff, the Secretary of Labor, designates the following expert who may be called to testify in this case:

> Dan S. Wallach
> Professor, Department of Computer Science
> Rice University
> 6100 Main Street, MS132
> Houston, Texas 77005
> (713) 662-3331

Plaintiff's Expert Designation – Page 1

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Brian W. Stoltz*
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff

## Certificate of Service

On June 29, 2017, I served the foregoing document on defendant, the Association of Professional Flight Attendants, by mailing it by prepaid first-class mail to defendant's counsel of record, addressed as follows:

Andrew D. Roth
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., N.W., Tenth Floor
Washington, D.C. 20005

*/s/ Brian W. Stoltz*
Brian W. Stoltz
Assistant United States Attorney