ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 3 0 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

THOMAS E. PEREZ, [now R. ALEXANDER ACOSTA], Secretary of Labor,

　　　　Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS,

　　　　Defendant.

Civil Action No. 4:16-cv-1057-A

## DEFENDANT'S EXPERT WITNESS DESIGNATIONS

In accordance with paragraph 15 of the Order Setting Schedule and Providing Special Pretrial Instructions entered by the Court on April 11, 2017, the Defendant Association of Professional Flight Attendants ("APFA") hereby designates the following two individuals who may be called to provide expert testimony in this case:

1.　　Curt Stapleton
　　　Adept Security Consulting, LLC
　　　5748 Stoney Creek Court
　　　Frederick, MD 21703
　　　301-448-6010

2.　　Gerry Feldkamp
　　　CCComplete, Inc.
　　　BallotPoint Election Services
　　　615 SW Broadway - Suite 300
　　　Portland, OR 97205
　　　800-514-8810

The first designated individual, Curt Stapleton, is a retained expert. Accordingly, contemporaneously with the filing of this designation, APFA is making the disclosures required

by Fed. R. Civ. P. 26(a)(2)(B) in connection with Mr. Stapleton's anticipated expert testimony in this case.

The second designated individual, Gerry Feldkamp, is a non-retained expert who APFA also expects to call as a fact witness in this case. Accordingly, contemporaneously with the filing of this designation, APFA is making the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) in connection with Mr. Feldkamp's anticipated expert testimony in this case.

Respectfully submitted,

*/s/ Andrew D. Roth*

ANDREW D. ROTH*
D.C. Bar No. 414038
ROBERT ALEXANDER*
D.C. BAR No. 465673
ADAM BELLOTTI*
D.C. Bar No. 1020169
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, D.C.  20005
Tel:  (202) 842-2600
Fax: (202) 842-1888
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

* Admitted Pro Hac Vice

Dated: June 30, 2017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of June, 2017, the above and foregoing document was served on Plaintiff's counsel of record electronically by email transmission in PDF format and by USPS, First Class mail, postage prepaid, as authorized by Federal Rule of Civil Procedure 5(b), addressed to the following:

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

                                              SANFORD R. DENISON