ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 AUG 25 AM 10: 37

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THOMAS E. PEREZ [now R. ALEXANDER
ACOSTA], Secretary of Labor,

     Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL
FLIGHT ATTENDANTS,

     Defendant.

Civil Action No. 4:16-cv-1057-A

## DEFENDANT APFA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1 and 56.3, Defendant Association of Professional Flight Attendants ("APFA") moves for summary judgment in its favor on the Complaint filed against it by the Plaintiff Secretary of Labor. Specifically, APFA seeks a final judgment in its favor specifying that the Secretary shall obtain no relief on his claims against APFA and that those claims shall be dismissed with prejudice.

The legal grounds supporting APFA's Motion for Summary Judgment are fully set forth in the accompanying brief, and each of the matters required by Local Rule 56.3(a) are set forth in this brief.

Respectfully submitted,

ANDREW D. ROTH*
D.C. Bar No. 414038
ROBERT ALEXANDER*
D.C. BAR No. 465673
ADAM BELLOTTI*
D.C. Bar No. 1020169
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

* Admitted Pro Hac Vice

Dated: August 25, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of August, 2017, the above and

foregoing Motion for Summary Judgment was served on the following Plaintiff's counsel of

record electronically by email transmission and by overnight mail, as authorized by Federal Rule

of Civil Procedure 5(b):

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

SANFORD R. DENISON

# BAAB & DENISON, L.L.P.

G. William Baab*
Sanford R. Denison*

L. N. D. Wells, Jr.
(1914 – 2000)

**ATTORNEYS**
6301 GASTON AVE, STE 550
DALLAS, TEXAS 75214

Tele: 214-637-0750 • Fax: 214-637-0730
denison@baabdenison.com

*Board Certified
Labor and Employment Law
Texas Board of Legal Specialization

August 25, 2017

Karen Mitchell
U. S. District Clerk
UNITED STATES DISTRICT COURT
501 West 10th Street, Room 310
Fort Worth, Texas 76102

  Re: **Thomas Perez [now  R. Alexander Acosta], Secretary of Labor**
     **v. Association of Professional Flight Attendants ,**
     **Civil Action No. 4:16-CV-1057-A,**
     **U.S. District Court N. D. of Texas, Fort Worth Div.**

Dear Ms. Mitchell:

  Enclosed for filing please find the original and three (3) copies of the following:

1. "DEFENDANT APFA'S MOTION FOR SUMMARY JUDGMENT";

2. "BRIEF IN SUPPORT OF DEFENDANT APFA'S MOTION FOR SUMMARY JUDGMENT";

3. "APPENDIX OF EVIDENTIARY MATERIALS IN SUPPORT OF APFA'S MOTION FOR SUMMARY JUDGMENT";

4. "STATUTORY AND REGULATORY APPENDIX IN SUPPORT OF APFA'S MOTION FOR SUMMARY JUDGMENT"; and

5. "[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS".

  A copy of each of the above referenced document(s) has/have been served on counsel of record for Plaintiff by USPS First Class Mail with copy of this letter and electronically by PDF email attachment.

  The proposed order has also been submitted via email in Microsoft Word format addressed to "McBryde_Orders@txnd.uscourts.gov" with copy to all counsel of record.

Karen Mitchell
U. S. District Clerk
August 25, 2017
Page 2

       Please file mark the extra copies of the above referenced document(s) and return to the undersigned in the enclosed self-addressed and stamped envelope.

       Should you have any questions regarding this matter please contact the undersigned. Thank you for your attention and cooperation in this matter.

       Respectfully Submitted,

SRD/dd
Enclosures

       Sanford R. Denison

cc: w/encls

Brian W. Stoltz                                        Via USPS First Class Mail and PDF Email
Assistant United States Attorney                       Attachment
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Email: brian.stoltz@usdoj.gov

Andrew D. Roth
Robert Alexander
Adam Bellotti
Bredhoff & Kaiser, P.L.L.C.                            Via USPS First Class Mail and PDF Email
805 Fifteenth St. N.W., Tenth Floor                    Attachment
Washington, D.C.  20005
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com