6.    There are no facts, and the DOL has cited none, that raise a reasonable possibility that the alleged violation of 29 U.S.C. § 481(c) may have affected the outcome of the challenged APFA National Officer Elections.

Discovery in this action is ongoing, and APFA anticipates that it will be able to develop additional facts in support of its denial in the course of that discovery.

**INTERROGATORY NO. 3:  Describe in detail all ways in which candidates' observers were permitted to observe any aspect of the APFA's election for the offices of National President, National Vice President, National Secretary, and National Treasurer at issue in this action, including how and when the candidates and/or their observers were notified of any observer opportunities.**

1.    Candidates were permitted to inspect (but not copy) the membership list once within the thirty (30) days prior to the mailing of the ballots.  Candidates are permitted to inspect (but not copy) the membership list and a list of the voting members from the previous National Officer elections once within forty-five (45) days prior to the mailing or electronic availability of the ballots.  Candidates were informed of these opportunities through the form candidate letter sent by Cindy Horan to all candidates.  *See* DOL0397-DOL0401.  In addition, the complainant in this matter, Samuel Morales, was advised, in a December 24, 2015 email from National Ballot Committee Chairperson Cindy Horan, that he could review a list of eligible voters and a list of ineligible members at the ballot count.  *See* APFA-00000252, APFA-00000262.

2.    Observers were permitted to observe the preparation and mailing of the ballots (that is, the voting credentials prepared and mailed by Allied Media).  Candidates were informed of this opportunity through the form candidate letter sent by Cindy Horan to all candidates.  *See* DOL0397-DOL0401.

3.    Observers were provided by the APFA National Ballot Committee with a daily list of the APFA members who became eligible to vote after the ballots (that is, the voting

credentials prepared and mailed by Allied Media) had been mailed. Observers had 48 hours to challenge the eligibility of any newly eligible member. Candidates were informed of this opportunity through a candidate letter sent by Cindy Horan to all candidates on December 10, 2015. *See* APFA-00000290-APFA-00000291. Candidates were also informed of this opportunity in the APFA Policy Manual, § 14.O. *See* APFA-00000216.

      4.     Observers were permitted to attend the APFA ballot count at APFA Headquarters. Candidates were informed of this opportunity through the form candidate letter sent by Cindy Horan to all candidates. *See* DOL0397-DOL0401. Candidates were also informed of this opportunity in the APFA Policy Manual, § 14.Q. *See* APFA-00000218- APFA-00000219. In addition, any member in good standing was permitted to observe the ballot count from gallery space. Members were informed of this opportunity in the APFA Policy Manual, § 14.Q. *See* APFA-00000219.

      5.     Candidates were permitted to request to view the Who Voted and Who Did Not Vote Reports after the ballot count. Information regarding a candidate's right to view these reports was not communicated to candidates in a formal communication, but would be shared with candidates in response to candidate inquires regarding which members voted. In addition, the complainant in this matter, Samuel Morales, was advised, in a December 24, 2015 email from National Ballot Committee Chairperson Cindy Horan, that he could review a list of the members who voted at the ballot count. *See* APFA-00000252, APFA-00000262.

6

Respectfully submitted,

ANDREW D. ROTH*
D.C. Bar No. 414038
ROBERT ALEXANDER*
D.C. BAR No. 465673
ADAM BELLOTTI*
D.C. Bar No. 1020169
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

* Admitted Pro Hac Vice

Dated: July 12, 2017

7

93

## Verification

I, Cindy Horan, do verify under penalty of perjury that I have read Defendant's Answer to Plaintiff's Interrogatory No. 3 and know its contents. I am informed and believe that the factual matters set out in the above response are true and accurate to the best of my knowledge, information, and/or belief.*

Cindy Horan
APFA National Ballot Committee Chairperson

* The APFA's Answers to Interrogatories 1 and 2, which are in the nature of contention interrogatories, have been prepared by undersigned counsel on the preceding page.

DATED: July 10, 2017

8

94

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2017, the above and

foregoing document was served on Plaintiff's counsel of record electronically by email

transmission and by USPS, First Class mail, postage prepaid, as authorized by Federal Rule of

Civil Procedure 5(b), addressed to the following:

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

ADAM BELLOTTI

9

95

Deposition of Gerry Feldkamp (Excerpts)                    Tab E; Page 96

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                    FORT WORTH DIVISION

4

5   THOMAS E. PEREZ, [now            )
    R. ALEXANDER ACOSTA],            )
6   Secretary of Labor,              )
            Plaintiff,               )
7                                    )
    VS.                              )NO.  4:16-CV-1057-A
8                                    )
    ASSOCIATION OF PROFESSIONAL      )
9   FLIGHT ATTENDANTS,               )
            Defendant.               )

10

11

12

13            DEPOSITION OF GERRY FELDKAMP

14           TAKEN ON BEHALF OF PLAINTIFF

15                      * * *

16      BE IT REMEMBERED THAT, pursuant to the Federal

17  Rules of Civil Procedure, the deposition of

18  GERRY FELDKAMP was taken before Paula D. Tieger, a

19  Registered Professional Reporter and Notary Public for

20  the State of Oregon, on July 14, 2017, commencing at the

21  hour of 9:29 a.m., in the office of McKanna, Bishop,

22  Joffe, 1635 NW Johnson Street, Portland, Oregon.

23

24                      * * *

25

```
1                    APPEARANCES:

2     U.S. Department of Justice
      United States Attorney's Office
3          By:  Brian W. Stoltz
                Assistant United States Attorney
4               1100 Commerce Street, Suite 300
                Dallas, Texas 75242
5               214-659-8626
                brian.stoltz@usdoj.gov
6                    Counsel for the Plaintiff

7

      McKanna Bishop Joffe
8          By:  Noah Scott Warman
                Attorney at Law
9               1635 NW Johnson Street
                Portland, Oregon 97209
10              503-821-0959
                nwarman@mbjlaw.com
11                   Counsel for CCComplete Election
                     Services

12

13    Bredhoff & Kaiser
           By:  Robert Alexander
14              Attorney at Law
                805 Fifteenth Street, NW
15              Washington, DC 20005
                202-842-2600
16              ralexander@bredhoff.com
                     Counsel for Association of
17                   Professional Flight Attendants

18

      Also Present:  Joe Kiniry, Tambra Leonard,
19                   Dan Hilderbrand

20

21

22                        *  *  *

23

24

25
```

1   A   Yes.

2   Q   And you understand that this lawsuit concerns

3   specifically the APFA's national officer election that

4   occurred around balloting, for the first round at least,

09:48:14  5   concluded in 2016?

6   A   Correct.  Yeah.

7   Q   Okay.  And are you aware that the Secretary of Labor

8   has sued the APFA under a theory that the election did

9   not protect ballot secrecy, and that observers in the

09:48:32  10  election were not allowed to tally and -- or to verify or

11  observe that the ballots were tallied and recorded

12  accurately?

13  A   I am aware of that.

14      (Exhibit No. 1 was marked)

09:49:08  15  Q  BY MR. STOLTZ:  I've handed you, Mr. Feldkamp, a

16  document that's marked as Exhibit 1.  And I'll tell you

17  that this document was provided to me by the lawyers for

18  the APFA and is signed by, I believe, Adam Bellotti, who

19  is one of the lawyers.

09:49:26  20     Do you recognize Exhibit 1?

21      (The witness reviews the document)

22      THE WITNESS:  Yes, I do.

23  Q  BY MR. STOLTZ:  And what is Exhibit 1?

24  A   Defendant APFA's Rule 26(a)(2)(C) disclosure of Gerry

09:50:01  25  Feldkamp.

```
             1    Q    It's fair to say, in this document, the APFA has

             2    informed us that it may present testimony from you about

             3    various subjects; is that what you understand this to

             4    mean?

09:50:12     5    A    Correct.

             6    Q    And did you work with or talk with the APFA's lawyers

             7    about the preparation of this document, Exhibit 1?

             8    A    Yes.

             9    Q    And did you actually review this document as it

09:50:26    10    exists in its present form before it was sent to me?

            11    A    Yes.

            12    Q    Now, there is -- the document is divided into a

            13    summary of opinions and a summary of factual

            14    explanations.

09:50:52    15          For example, on page 2, do you see where it says

            16    Opinion and Factual Explanations?

            17    A    I do.

            18    Q    Is it fair to say that the explanation of the

            19    opinions in this document which are said to be your

09:51:07    20    opinions, is it true that those are, in fact, your

            21    opinions?

            22    A    These are my opinions.

            23    Q    Okay.  And the same question for the factual

            24    explanation.

09:51:15    25          Is it true that the explanation of factual
```

1   explanations here is your explanation?

2   A   Yes.

3   Q   So, you adopt this document, essentially, as if it

4   were your own testimony?

09:51:27   5   A   Correct.

6   Q   Can you provide a brief -- and we will get back to

7   that document later.

8       Can you provide us a brief overview of how the

9   BallotPoint system works for the type of election that is

09:51:53   10   at issue here -- well, specifically -- let me start over.

11      When we're talking about the BallotPoint system

12   here, can we agree that we're talking about the

13   BallotPoint system as it existed and was used at the time

14   of the APFA national officer elections?

09:52:08   15   A   Yes.  Let's do.

16   Q   Can you give us a brief overview in broad terms, how

17   did that system function?

18   A   Are you looking for an explanation beginning to end

19   of an election, or...

09:52:25   20   Q   Well, how about this.  Physically, what is the system

21   comprised of?  Is it a single computer?  Is it multiple

22   computers?  That sort of thing.

23   A   Okay.  We'll start there.  The hardware consists of

24   two -- and we'll call them virtual entities here.  One's

09:52:43   25   called the MRNS for member registration and notification

1    vote, creating its message digest, comparing it against

2    what exists now at that moment on the MRNS, and say, oh,

3    it's already there.

4    Q    So, am I understanding correctly that a singly

10:26:03  5    encrypted vote is briefly created on the MRNS in order to

6    then create a doubly encrypted vote that's sent to the

7    ES?

8    A    No, that's not correct.

9    Q    Okay.  Then is there ever a singly encrypted vote in

10:26:21  10    existence anywhere?

11    A    It begins as part of the encryption process on the

12    election server.  That singly encrypted vote is passed to

13    the MRNS.  So, the MRNS receives that.  It uses that to

14    create the doubly encrypted vote from which the vote

10:26:40  15    digest is created, and it also uses that singly encrypted

16    vote and it creates a message digest of that for storage.

17    Q    So, the MRNS receives the singly encrypted vote, uses

18    that singly encrypted vote to create a message digest and

19    a vote digest, and then discards or does not retain the

10:26:59  20    singly encrypted vote; is that correct?

21    A    That is correct.

22    Q    Thank you.

23    A    Okay.

24          (Exhibit No. 3 was marked)

10:27:15  25    Q    BY MR. STOLTZ:  Okay.  Mr. Feldkamp, you have a

```
              1    document now that's been marked as Exhibit 3.

              2          Do you recognize what this document is?

              3          (The witness reviews the document)

              4              THE WITNESS:  Yes, I do.

 10:27:59     5              MR. STOLTZ:  Okay.

              6    Q    BY MR. STOLTZ:  And what is it?

              7    A    The official results -- the printed results from the

              8    national officer election of 2016.

              9    Q    Now, if we look on Exhibit 3, the first grouping is

 10:28:17    10    the candidates for national president.

             11          Do you see where it says that?

             12    A    Yes.

             13    Q    And I just want to make sure I understand the

             14    relationship between these totals on Exhibit 3 that are

 10:28:26    15    given, which are the votes for each of the candidates.  I

             16    want to make sure I understand the relationship between

             17    those totals and the votes table, which is on Exhibit 2.

             18    So, if you can please look at Exhibit 2, if you have it.

             19    Now, the first candidate who is listed here under

 10:28:42    20    national president on Exhibit 3 is Lori Bassani.

             21          Do you see that?

             22    A    Yes, I do.

             23    Q    Okay.  And Exhibit 3 reflects that Lori Bassani

             24    received 599 votes; is that right?

 10:28:55    25    A    It says so.  Yes.
```

```
          1            THE WITNESS:  Correct.

          2   Q    BY MR. STOLTZ:  What is Exhibit 9?

          3   A    This is my description of the One-Vote, No-Void

          4   process.

11:53:27  5   Q    And does Exhibit 9 accurately explain the election

          6   method that was used in the election at issue in this

          7   lawsuit?

          8            (The witness reviews the document)

          9            THE WITNESS:  Yes.

11:54:10  10  Q    BY MR. STOLTZ:  Now, you mentioned the -- earlier,

          11  the -- we talked about the double encryption of votes

          12  that started on the ES, and they had transferred, and

          13  then they end up on the ES as a doubly encrypted vote.

          14           Do you remember that?

11:54:24  15  A    Yes.

          16  Q    At BallotPoint -- and you used the phrase, I think, a

          17  vote digest or a message digest.

          18           That's what BallotPoint refers to that system of

          19  creating these doubly encrypted votes and hashes and

11:54:38  20  digests; correct?

          21  A    The vote digest is a quantity produced from that.

          22           The vote digesting or double encryption method

          23  are two ways that we refer to that process.

          24  Q    And did -- is one purpose of the vote digesting

11:54:54  25  process to address the observeability requirement of the
```

Page 130

```
 1                        CERTIFICATE

 2      I, Paula D. Tieger, a Registered Professional Reporter

 3  and Notary Public for the State of Oregon, hereby certify

 4  that said witness personally appeared before me at the

 5  time and place set forth in the caption hereof; that at

 6  said time and place I reported in stenotype all testimony

 7  adduced and other oral proceedings had in the foregoing

 8  matter; that thereafter my notes were transcribed through

 9  computer-aided transcription, under my direction; and

10  that the foregoing pages constitute a full, true and

11  accurate record of all such testimony adduced and oral

12  proceedings had, and of the whole thereof.

13      Witness my hand at Portland, Oregon, this 27th day of

14  July, 2017.

15

16

17      _____

18      Paula D. Tieger, RPR 49286

19      Expires 9/30/19

20      Notary Public 957195

21      Expires 12/8/20

22

23

24

25
```

Deposition of Gerry Feldkamp, Exhibit 1          Tab E; Page 106

# Feldkamp Deposition
# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

R. ALEXANDER ACOSTA, Secretary of
Labor,

      Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL
FLIGHT ATTENDANTS,

      Defendant.

Civil Action No. 4:16-cv-1057-A

### Defendant APFA's Rule 26(a)(2)(C) Disclosure of Gerry Feldkamp

Defendant, the Association of Professional Flight Attendants ("APFA"), hereby makes

the disclosure required by Fed. R. Civ. P. 26(a)(2)(C) with respect to the expected expert witness

testimony of Gerry Feldkamp:

**(i)**    **the subject matter on which the witness is expected to present evidence under
Federal Rule of Evidence 702, 703, or 705:**

Mr. Feldkamp is expected to present evidence under Federal Rule of Evidence 702, 703,

or 705 on the following subjects:

1.    Whether the BallotPoint electronic voting system as it stood at the time of the

APFA's January 9, 2016 officers' election (hereinafter, the "1/9/16 system") was designed in a

manner that permitted the names of voters to be linked with their voting choices;

2.    Whether the software changes to the 1/9/16 system made by BallotPoint in

response to the Department of Labor's ("DOL") investigatory subpoena, had they been made by



BallotPoint on its own initiative, would have left a forensic trail that would have been detectable by the DOL in its investigation;

3.    The accuracy of the contention in this case that the ability of BallotPoint's 1/9/16 system to send confirmation emails messages to voters is evidence of a linkage between the voters and their votes;

4.    Whether software changes to the 1/9/16 system made by BallotPoint on its own initiative as a result of the DOL's investigation have now made it impossible to match the names of voters with their voting choices in the manner accomplished by the DOL in the course of its investigation;

5.    Whether, under an electronic voting system of the kind used by BallotPoint, it is physically possible for an individual to observe the recording and counting of the ballots with his or her own eyes;

6.    The prospect that the vote count generated by BallotPoint at the conclusion of APFA's January 9, 2016 election was either tampered with or miscalculated.

**(ii)    a summary of the facts and opinions to which the witness is expected to testify:**

Mr. Feldkamp is expected to offer the following opinions supported by the following factual explanations:

1.    <u>Opinion</u>:  **BallotPoint's 1/9/16 system was designed in a manner that did not permit the names of voters to be linked with their voting choices at any time during or after the election.**

<u>Factual Explanation</u>:   In support of this Opinion, Mr. Feldkamp will explain that the BallotPoint electronic voting system stores data on two servers:  the Election Server (ES) and the Member Registration and Notification Server (MRNS), which are physically housed separately in a Tier 4 co-location facility (<u>http://lightpointnw.com</u>) and communicate solely over

2

106

the Internet. Member-identity information is stored only on the MRNS; cast votes are stored on

the ES. The operations of those separate servers, in turn, are controlled by software applications

running on both the ES and the MRNS. This software is the part of the system that, among other

things, directs the servers as to what data to collect and log, where to store that data, which users

are permitted access to that data, and the manner in which such users may access it.

To permit names of voters to be linked with their voting choices would require that

either: (a) the MRNS transmitted certain member-data to the ES over the Internet; or (b) the ES

transmitted cast certain vote-data to the MRNS. All such transmissions are controlled by

software on the two servers. The software necessary to send and/or receive such data did not

exist on either server at the time of the election or at any time thereafter, until DOL-OLMS

forced by subpoena that such software be written. After such software was written, only DOL-

OLMS ever possessed the two strong encryption keys necessary to decrypt the extracted data.

2.  **Opinion:  Had BallotPoint, on its own initiative, made the software  changes
to the 1/9/16 system that BallotPoint ultimately was forced to make in order
to comply with the DOL's investigatory subpoena, BallotPoint's actions
would have left a forensic trail that would have been detectable by the DOL
in its investigation.**

Factual Explanation:  In support of this Opinion, Mr. Feldkamp will explain that

BallotPoint Election Services proactively and voluntarily set up a process in 2007 whereby any

revisions to the MRNS software would be done by BallotPoint producing a compact disc

containing the software to be installed by an independent third-party (http://lightpointnw.com)

over the Internet; at no time during installation is the MRNS physically accessed. The software

is encrypted with keys unknown to LightPoint, to prevent it from installing unauthorized

software. LightPoint maintains an archive of every such installation disk. From this archive and

the encryption keys for each individual software revision, one can reconstruct the software in

operation on the MRNS at any point in time since 2007. In addition, BallotPoint maintains

parallel CD and electronic archives which corroborate the software archived by LightPoint. For

ease of review, BallotPoint made available to DOJ a complete, unencrypted version of the

MRNS software during its visit to BallotPoint on May 31 and June 1, 2017.

Had BallotPoint written MRNS software that would permit the association of voters'

names to votes, the installation disks archived by LightPoint would include that software, thus

leaving a forensic trail held by LightPoint. Indeed, by force of the DOL-OLMS subpoena such

software was written in September 2016, resulting in a forensic trail that identifies the software

steps necessary to extract such data from the 1/9/16 election record. Examination of the software

existing prior to the subpoena-forced development would show that no such steps had previously

existed in the BallotPoint software.

3.  ██████: ███████████████████████████████████████████
    ████████████████████████████████████████████████████
    ████.

Factual Explanation: In support of this Opinion, Mr. Feldkamp will explain that

a voter logs in to the BallotPoint system by specifying a unique "access code" to the MRNS,

which verifies in its "membership-table" that the access code was issued by the MRNS, and for

which election. Once verified, the MRNS sends an electronic message to the ES telling it that a

voter with certain attributes (for APFA, this is the airport "base" for the member) will soon be

transferred to the ES to cast his/her vote. In response, the ES returns to the MRNS a "one-time

password," which is a unique "session-level tag" that identifies this voting session; this value is

not stored on disk or in a database on the MRNS, and is held on the MRNS only until the voting

session terminates, either by casting a vote or the session timing out (a voter is given a maximum

of 20 minutes to cast a vote once logged in).

4

The purpose of the one-time password is to prevent disenfranchisement of a voter whose voting session ends prematurely, perhaps due to the user closing the web browser or hanging up the phone before casting a vote.

When a voter casts a vote and the vote is encrypted and stored on the ES, the last step in the voting process is for the ES to officially notify the MRNS that the voting session has ended. This is done by the ES sending the one-time password to the MRNS. No vote-information is included in this operation. The MRNS marks in its membership-table that this individual has now voted, and so will not be permitted to later re-enter the system to vote again. ▓▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓ ▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓ ▓▓▓▓ ▓ ▓▓▓▓ ▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓

4.   **Opinion:  The software changes to the BallotPoint system made by BallotPoint on its own initiative as a result of the DOL's investigation in this matter have made it impossible to match the names of voters with their voting choices in the manner accomplished by the DOL in the course of its investigation.**

Factual Explanation:   In support of this Opinion, Mr. Feldkamp will explain that the data used by DOL-OLMS to violate the secrecy of the 1/9/16 election were two values stored for each member in the MRNS's membership-table. These values identified the IP (Internet) address from which the member voted, and an 8-hour-resolution timestamp of the time at which the member logged in to vote. These values were used by DOL-OLMS in conjunction with IP address and timestamp data associated with votes stored on the ES to violate secrecy in the

1/9/16 election. Without the IP address and timestamp values stored on the MRNS during the 1/9/16 election, DOL-OLMS could not have associated voters' names with votes. Further, without the software added only by force of the DOL-OLMS subpoena in 2016, DOL-OLMS (and BallotPoint) could not have accessed the MRNS IP address and timestamp data, enabling it to associate voters' names with votes.

As a result of the 1/9/16 election investigation, BallotPoint has stopped logging the IP address and timestamp quantities on the MRNS as well as the ES. Therefore, associations of voters with votes in the present BallotPoint system are no longer possible. Mr. Feldkamp will further explain that, because BallotPoint has stopped collecting and storing this information, certain features, such as the ability of BallotPoint system administrators to provide voter-specific information in response to user-initiated support requests, that had been part of the BallotPoint voting system in previous elections (including the 2016 APFA National Officer Election) are no longer possible.

5. **Opinion:** Under an electronic voting system of the kind used by BallotPoint, it is physically impossible for an individual to observe the recording and counting of the ballots with his or her own eyes.

Factual Explanation: In support of this Opinion, Mr. Feldkamp will explain that the recording of cast ballots (not to be confused with the casting of ballots) on BallotPoint's servers is done by a software application running on the ES. The counting of the ballots is likewise done by a software application running on the ES after an election closes (in the 1/9/16 election, the ES software actually tallied the ballots twice, once using the plain-text versions of the votes first recorded on the ES, and once using the doubly encrypted votes stored on the ES; see Answer 6, below). By the nature of digital electronic systems, it is impossible for humans to

6

physically view the actual storage/retrieval of data, or the computations performed by a computer. These operations occur at space and time scales far too small for direct human observation.

6.  **Opinion: There is no reasonable possibility that the vote count generated by BallotPoint at the conclusion of the APFA's January 9, 2016 election was either tampered with or miscalculated.**

Factual Explanation: In support of this Opinion, Mr. Feldkamp will explain that there are many safeguards built into and around the BallotPoint system to prevent and/or detect tampering or software errors that may cause the election results to be incorrectly calculated.

To protect against unauthorized access from the outside-world, both the Election Server (ES) and the Member Registration and Notification Server (MRNS) are front-ended by dedicated firewalls. The software protocols permitted by the firewalls are limited to those needed to run those servers.

Previous "penetration-testing" system audits tested the many input boxes that the ES and the MRNS present to users, before or after logging in. Using web proxies, auditors bypassed input-validity checks performed in JavaScript, to see if "SQL injection" and "cross-site scripting" techniques could be used to compromise the system. These attempts were thwarted because the web server software running on the ES and the MRNS also validate the inputs. The manipulated inputs were recognized as hacking attempts, and those BallotPoint sessions were force-closed. Note that no web browser controls connect directly to any database: all input is programmatically validated before data is stored in a database table.

The normal way for a voter to enter the BallotPoint system is by supplying a login credential that was previously issued by the system. APFA voters' credentials are delivered by US Mail. Each member at each election is issued a unique, randomly-generated, 12-digit "access code." If an invalid access code is entered, the user is given a few chances to get it right before

7

the session is force-closed. The IP address from which the invalid attempts were issued is noted by the MRNS and subsequent attempts to log in from the same IP address are automatically delayed, as a deterrent to automated attempts to "guess" a valid access code. The delays are relaxed and removed only after a period of time during which no invalid access codes are entered.

Once a voter or an administrator has successfully logged in to either the MRNS or the ES, each server enforces the user's browser following a required sequence of operations and verifies that any user-input has a format consistent with the type of input. Deviations from either a sequence or format will generally cause the server to force-close the user's session. If, for example, there are two possible selections for President but the user's browser has been manipulated to indicate a vote for a third, non-existent selection, the user's session will automatically be closed, with no vote being recorded. Similarly, if the election question permits selection of two of the five candidates and the browser has been manipulated to indicate votes for three candidates, the user's session is again force-closed. This verification means that invalid votes are prevented and never stored; only valid votes are accepted by the ES.

The ES application software in use during the 1/9/16 election first recorded cast ballots as "plaintext" vote strings (which are in a human-readable format) in the ES's vote-table. The application software in use accurately recorded each voter's vote string exactly as it arrived at the ES, ensuring that all votes cast for each candidate were recorded as votes for that candidate.

The plaintext vote was then passed through a process termed "double-encryption," which has been described in detail in various submissions to DOL-OLMS. Briefly, the double-encryption process consists of: (1) the ES encrypts each vote and several pieces of ancillary data with an election-specific encryption key, to produce a "singly-encrypted vote", or SEV; (2) the

8

ES sends the SEV to the MRNS without any voter-identifying information, which encrypts the SEV with a different (per-vote) encryption key, to produce a "doubly-encrypted vote", or DEV; (3) the "digital fingerprint" of the DEV is calculated by the MRNS, using a well-known, cryptographic algorithm, resulting in what is termed a "vote digest"; (4) the vote digest and the MRNS's per-vote encryption key are stored on the MRNS; (5) the DEV is returned to the ES; and (6) in the 1/9/16 election, the ES stored the DEV alongside the plaintext vote in its vote-table. (Votes are no longer stored in plaintext strings.)

The net effect of the double-encryption process is that a doubly-encrypted vote is stored on the ES, while its unique digital fingerprint—the vote digest—is stored on the MRNS. Due to the ancillary data used at Step 1 in the previous paragraph, the vote digest is uniquely related to a particular DEV, and it is impossible to determine what the original plaintext vote was from a vote digest. Therefore, even if the vote digests were accessible during the period of an election, it is not possible to "count" the election while it is taking place. The only information that can be gleaned by obtaining the set of vote digests during an election would be to know how many people have voted, which is permitted in all other forms of elections.

The BallotPoint system permits the union's election administrator or other persons designated by the election administrator to download the currently stored set of vote digests at any time during an election. In the 1/9/16 election, Cindy Horan of the APFA National Ballot Committee performed this task, downloading several sets of vote digests during and just after the election period.

When it was time to tally the 1/9/16 election, the BallotPoint system first tallied the election from the votes stored as plaintext on the ES. The software to perform the tally from

9

plaintext has been in place for more than 15 years, and has been validated many times using other methods of counting, including counting by humans.

In addition to counting directly from the votes stored as plaintext, the doubly-encrypted votes (DEVs) that were stored on the ES at Step 6 of the double-encryption process were decrypted and tallied. The double-decryption process produced exactly the same set of votes as the plaintext votes, corroborating the votes stored as plaintext and the resulting tally.

The key observation here is that for the double-decryption process (which essentially reverses Steps 1 to 6 of the double-encryption process) to run successfully, the set of vote digests stored on the MRNS must contain a vote digest corresponding to every doubly-encrypted vote (DEV) stored on the ES. If there have been any software errors or tampering compromising either the DEVs stored on the ES or the vote digests stored on the MRNS, then there would exist some DEVs for which no corresponding vote digest exists. This prevents the decryption of any such votes, and this would be reported during the decryption process. No such errors occurred, meaning that all decrypted votes were valid.

Further, the vote digests downloaded by Horan during the election all appeared in the set of vote digests existing after the election closed; these vote digests were used during the double-decryption process. This evidences that no votes were dropped during the election.

All of the above leads me to conclude that there is no reasonable possibility that tampering or software errors occurred causing a miscalculation of the tally during the 1/9/16 election. The published results accurately reflect voters' votes.

10

114

Respectfully submitted,

ANDREW D. ROTH*
D.C. Bar No. 414038
ROBERT ALEXANDER*
D.C. BAR No. 465673
ADAM BELLOTTI*
D.C. Bar No. 1020169
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

* Admitted Pro Hac Vice

DATED:     June 29, 2017

11

115

# Feldkamp Deposition Exhibit 3

# APFA

## ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS

### National Officer Election

### Official Results

Ballot ending: 01/09/2016 10:00:00 (Central)

The ballots were cast and tallied as follows.

| TOTAL | | |
|---|---|---|

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 599 | 6.41 |
| Steven Baumert | 1168 | 12.50 |
| Kimberly Goesling | 449 | 4.80 |
| Patrick Hancock | 1750 | 18.72 |
| Andrea S. Jones | 53 | 0.57 |
| Brian Morgan | 1143 | 12.23 |
| Bob Ross | 3151 | 33.71 |
| Rock Salomon | 1034 | 11.06 |
| **Total** | **9347** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 2632 | 28.91 |
| Nena Martin | 4779 | 52.49 |
| Samuel Morales | 1693 | 18.60 |
| **Total** | **9104** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 2572 | 28.16 |
| Marcy Dunaway | 3301 | 36.14 |
| Jacob Fuller | 1892 | 20.71 |
| Donald LeBlanc | 375 | 4.11 |
| Jaana Lehtola | 994 | 10.88 |
| **Total** | **9134** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 3344 | 36.52 |
| Roee Rio Harari | 147 | 1.61 |
| Stefany Jones | 1582 | 17.28 |
| Nestor Quecuty | 935 | 10.21 |
| Eugenio Vargas | 3148 | 34.38 |
| **Total** | **9156** | |

| BOS TOTAL | | |
|---|---|---|

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 7 | 3.37 |
| Steven Baumert | 60 | 28.85 |
| Kimberly Goesling | 1 | 0.48 |
| Patrick Hancock | 40 | 19.23 |
| Andrea S. Jones | 1 | 0.48 |
| Brian Morgan | 5 | 2.40 |
| Bob Ross | 63 | 30.29 |
| Rock Salomon | 31 | 14.90 |
| **Total** | **208** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 42 | 20.19 |
| Nena Martin | 129 | 62.02 |
| Samuel Morales | 37 | 17.79 |
| **Total** | **208** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 45 | 21.63 |
| Marcy Dunaway | 56 | 26.92 |
| Jacob Fuller | 72 | 34.62 |
| Donald LeBlanc | 10 | 4.81 |
| Jaana Lehtola | 25 | 12.02 |
| **Total** | **208** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 55 | 26.44 |

| | Total | Percent |
|---|---|---|
| Roee Rio Harrari | 0 | 0.00 |
| Stefany Jones | 9 | 4.33 |
| Nestor Quecuty | 12 | 5.77 |
| Eugenio Vargas | 132 | 63.46 |
| **Total** | **208** | |

## CLT TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 98 | 15.88 |
| Steven Baumert | 3 | 0.49 |
| Kimberly Goesling | 52 | 8.43 |
| Patrick Hancock | 119 | 19.29 |
| Andrea S. Jones | 7 | 1.13 |
| Brian Morgan | 217 | 35.17 |
| Bob Ross | 47 | 7.62 |
| Rock Salomon | 74 | 11.99 |
| **Total** | **617** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 211 | 35.95 |
| Nena Martin | 235 | 40.03 |
| Samuel Morales | 141 | 24.02 |
| **Total** | **587** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 480 | 79.47 |
| Marcy Dunaway | 32 | 5.30 |
| Jacob Fuller | 27 | 4.47 |
| Donald LeBlanc | 24 | 3.97 |
| Jaana Lehtola | 41 | 6.79 |
| **Total** | **604** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 434 | 72.33 |
| Roee Rio Harrari | 19 | 3.17 |
| Stefany Jones | 81 | 13.50 |
| Nestor Quecuty | 37 | 6.17 |
| Eugenio Vargas | 29 | 4.83 |
| **Total** | **600** | |

## DCA TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 4 | 3.20 |
| Steven Baumert | 29 | 23.20 |
| Kimberly Goesling | 1 | 0.80 |
| Patrick Hancock | 33 | 26.40 |
| Andrea S. Jones | 2 | 1.60 |
| Brian Morgan | 4 | 3.20 |
| Bob Ross | 39 | 31.20 |
| Rock Salomon | 13 | 10.40 |
| **Total** | **125** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 40 | 32.52 |
| Nena Martin | 62 | 50.41 |
| Samuel Morales | 21 | 17.07 |
| **Total** | **123** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 24 | 19.35 |
| Marcy Dunaway | 34 | 27.42 |
| Jacob Fuller | 44 | 35.48 |
| Donald LeBlanc | 6 | 4.84 |
| Jaana Lehtola | 16 | 12.90 |
| **Total** | **124** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 39 | 31.71 |
| Roee Rio Harrari | 1 | 0.81 |
| Stefany Jones | 23 | 18.70 |
| Nestor Quecuty | 11 | 8.94 |
| Eugenio Vargas | 49 | 39.84 |
| **Total** | **123** | |

## DCU TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 10 | 9.43 |
| Steven Baumert | 0 | 0.00 |
| Kimberly Goesling | 28 | 26.42 |
| Patrick Hancock | 10 | 9.43 |
| Andrea S. Jones | 2 | 1.89 |
| Brian Morgan | 38 | 35.85 |
| Bob Ross | 8 | 7.55 |
| Rock Salomon | 10 | 9.43 |
| **Total** | **106** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 22 | 21.78 |
| Nena Martin | 50 | 49.50 |
| Samuel Morales | 29 | 28.71 |
| **Total** | **101** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 74 | 71.15 |
| Marcy Dunaway | 10 | 9.62 |
| Jacob Fuller | 7 | 6.73 |
| Donald LeBlanc | 2 | 1.92 |
| Jaana Lehtola | 11 | 10.58 |
| **Total** | **104** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 72 | 68.57 |
| Roee Rio Harrari | 5 | 4.76 |
| Stefany Jones | 11 | 10.48 |
| Nestor Quecuty | 8 | 7.62 |
| Eugenio Vargas | 9 | 8.57 |
| **Total** | **105** | |

---

### DFW TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 73 | 3.14 |
| Steven Baumert | 561 | 24.11 |
| Kimberly Goesling | 69 | 2.97 |
| Patrick Hancock | 548 | 23.55 |
| Andrea S. Jones | 8 | 0.34 |
| Brian Morgan | 71 | 3.05 |
| Bob Ross | 802 | 34.46 |
| Rock Salomon | 195 | 8.38 |
| **Total** | **2327** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 600 | 26.12 |
| Nena Martin | 1356 | 59.03 |
| Samuel Morales | 341 | 14.85 |
| **Total** | **2297** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 426 | 18.52 |
| Marcy Dunaway | 1027 | 44.65 |
| Jacob Fuller | 595 | 25.87 |
| Donald LeBlanc | 72 | 3.13 |
| Jaana Lehtola | 180 | 7.83 |
| **Total** | **2300** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 659 | 28.66 |
| Roee Rio Harrari | 17 | 0.74 |
| Stefany Jones | 411 | 17.88 |
| Nestor Quecuty | 174 | 7.57 |
| Eugenio Vargas | 1038 | 45.15 |
| **Total** | **2299** | |

---

### LAX TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 45 | 5.34 |
| Steven Baumert | 57 | 6.76 |
| Kimberly Goesling | 11 | 1.30 |
| Patrick Hancock | 133 | 15.78 |
| Andrea S. Jones | 2 | 0.24 |
| Brian Morgan | 32 | 3.80 |
| Bob Ross | 528 | 62.63 |
| Rock Salomon | 35 | 4.15 |

BP - APFA Voting System

| | Total | |
|---|---|---|
| Total | 843 | |

**Please select one of the following candidates for APFA National Vice President:**

| | Total | Percent |
|---|---|---|
| Marcus Gluth | 234 | 29.14 |
| Nena Martin | 468 | 58.28 |
| Samuel Morales | 101 | 12.58 |
| **Total** | **803** | |

**Please select one of the following candidates for APFA National Secretary:**

| | Total | Percent |
|---|---|---|
| Nicole Darak | 141 | 17.58 |
| Marcy Dunaway | 463 | 57.73 |
| Jacob Fuller | 113 | 14.09 |
| Donald LeBlanc | 26 | 3.24 |
| Jaana Lehtola | 59 | 7.36 |
| **Total** | **802** | |

**Please select one of the following candidates for APFA National Treasurer:**

| | Total | Percent |
|---|---|---|
| Craig Gunter | 222 | 27.85 |
| Roee Rio Harrari | 8 | 1.00 |
| Stefany Jones | 137 | 17.19 |
| Nestor Quecuty | 69 | 8.66 |
| Eugenio Vargas | 361 | 45.29 |
| **Total** | **797** | |

---

### LGA TOTAL

**Please select one of the following candidates for APFA National President:**

| | Total | Percent |
|---|---|---|
| Lori Bassani | 112 | 10.45 |
| Steven Baumert | 74 | 6.90 |
| Kimberly Goesling | 14 | 1.31 |
| Patrick Hancock | 187 | 17.44 |
| Andrea S. Jones | 14 | 1.31 |
| Brian Morgan | 96 | 8.96 |
| Bob Ross | 380 | 35.45 |
| Rock Salomon | 195 | 18.19 |
| **Total** | **1072** | |

**Please select one of the following candidates for APFA National Vice President:**

| | Total | Percent |
|---|---|---|
| Marcus Gluth | 270 | 25.54 |
| Nena Martin | 550 | 52.03 |
| Samuel Morales | 237 | 22.42 |
| **Total** | **1057** | |

**Please select one of the following candidates for APFA National Secretary:**

| | Total | Percent |
|---|---|---|
| Nicole Darak | 166 | 15.66 |
| Marcy Dunaway | 424 | 40.00 |
| Jacob Fuller | 208 | 19.62 |
| Donald LeBlanc | 41 | 3.87 |
| Jaana Lehtola | 221 | 20.85 |
| **Total** | **1060** | |

**Please select one of the following candidates for APFA National Treasurer:**

| | Total | Percent |
|---|---|---|
| Craig Gunter | 292 | 27.55 |
| Roee Rio Harrari | 9 | 0.85 |
| Stefany Jones | 188 | 17.74 |
| Nestor Quecuty | 174 | 16.42 |
| Eugenio Vargas | 397 | 37.45 |
| **Total** | **1060** | |

---

### MIA TOTAL

**Please select one of the following candidates for APFA National President:**

| | Total | Percent |
|---|---|---|
| Lori Bassani | 101 | 6.68 |
| Steven Baumert | 227 | 15.01 |
| Kimberly Goesling | 35 | 2.31 |
| Patrick Hancock | 230 | 15.21 |
| Andrea S. Jones | 8 | 0.53 |
| Brian Morgan | 65 | 4.30 |
| Bob Ross | 568 | 37.57 |
| Rock Salomon | 278 | 18.39 |
| **Total** | **1512** | |

**Please select one of the following candidates for APFA National Vice President:**

| | Total | Percent |
|---|---|---|
| Marcus Gluth | 343 | 22.97 |
| Nena Martin | 806 | 53.99 |
| Samuel Morales | 344 | 23.04 |
| **Total** | **1493** | |

**Please select one of the following candidates for APFA National Secretary:**

| | Total | Percent |
|---|---|---|
| Nicole Darak | 235 | 15.78 |

3/29/2016 BP - APFA Voting System

| | Total | Percent |
|---|---|---|
| Marcy Dunaway | 597 | 40.09 |
| Jacob Fuller | 336 | 22.57 |
| Donald LeBlanc | 83 | 5.57 |
| Jaana Lehtola | 238 | 15.98 |
| **Total** | **1489** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 348 | 23.32 |
| Roee Rio Harrari | 7 | 0.47 |
| Stefany Jones | 313 | 20.98 |
| Nestor Quecuty | 273 | 18.30 |
| Eugenio Vargas | 551 | 36.93 |
| **Total** | **1492** | |

## ORD TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 69 | 7.09 |
| Steven Baumert | 58 | 5.96 |
| Kimberly Goesling | 10 | 1.03 |
| Patrick Hancock | 276 | 28.37 |
| Andrea S. Jones | 1 | 0.10 |
| Brian Morgan | 28 | 2.88 |
| Bob Ross | 428 | 43.99 |
| Rock Salomon | 103 | 10.59 |
| **Total** | **973** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 369 | 38.68 |
| Nena Martin | 415 | 43.50 |
| Samuel Morales | 170 | 17.82 |
| **Total** | **954** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 273 | 28.50 |
| Marcy Dunaway | 338 | 35.28 |
| Jacob Fuller | 216 | 22.55 |
| Donald LeBlanc | 35 | 3.65 |
| Jaana Lehtola | 96 | 10.02 |
| **Total** | **958** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 380 | 39.83 |
| Roee Rio Harrari | 7 | 0.73 |
| Stefany Jones | 192 | 20.13 |
| Nestor Quecuty | 91 | 9.54 |
| Eugenio Vargas | 284 | 29.77 |
| **Total** | **954** | |

## PHL TOTAL

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 31 | 4.31 |
| Steven Baumert | 4 | 0.56 |
| Kimberly Goesling | 118 | 16.41 |
| Patrick Hancock | 84 | 11.68 |
| Andrea S. Jones | 1 | 0.14 |
| Brian Morgan | 365 | 50.76 |
| Bob Ross | 64 | 8.90 |
| Rock Salomon | 52 | 7.23 |
| **Total** | **719** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 313 | 47.21 |
| Nena Martin | 206 | 31.07 |
| Samuel Morales | 144 | 21.72 |
| **Total** | **663** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 445 | 66.42 |
| Marcy Dunaway | 103 | 15.37 |
| Jacob Fuller | 38 | 5.67 |
| Donald LeBlanc | 34 | 5.07 |
| Jaana Lehtola | 50 | 7.46 |
| **Total** | **670** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 523 | 75.14 |
| Roee Rio Harrari | 49 | 7.04 |

BP - APFA Voting System

| | Total | Percent |
|---|---|---|
| Stefany Jones | 66 | 9.48 |
| Nestor Quecuty | 35 | 5.03 |
| Eugenio Vargas | 23 | 3.30 |
| **Total** | **696** | |

---

### PHX TOTAL

**Please select one of the following candidates for APFA National President:**

| | Total | Percent |
|---|---|---|
| Lori Bassani | 24 | 5.44 |
| Steven Baumert | 7 | 1.59 |
| Kimberly Goesling | 91 | 20.63 |
| Patrick Hancock | 69 | 15.65 |
| Andrea S. Jones | 5 | 1.13 |
| Brian Morgan | 175 | 39.68 |
| Bob Ross | 32 | 7.26 |
| Rock Salomon | 38 | 8.62 |
| **Total** | **441** | |

**Please select one of the following candidates for APFA National Vice President:**

| | Total | Percent |
|---|---|---|
| Marcus Gluth | 154 | 36.67 |
| Nena Martin | 160 | 38.10 |
| Samuel Morales | 106 | 25.24 |
| **Total** | **420** | |

**Please select one of the following candidates for APFA National Secretary:**

| | Total | Percent |
|---|---|---|
| Nicole Darak | 244 | 57.68 |
| Marcy Dunaway | 53 | 12.53 |
| Jacob Fuller | 51 | 12.06 |
| Donald LeBlanc | 29 | 6.86 |
| Jaana Lehtola | 46 | 10.87 |
| **Total** | **423** | |

**Please select one of the following candidates for APFA National Treasurer:**

| | Total | Percent |
|---|---|---|
| Craig Gunter | 274 | 64.32 |
| Roee Rio Harrari | 21 | 4.93 |
| Stefany Jones | 61 | 14.32 |
| Nestor Quecuty | 36 | 8.45 |
| Eugenio Vargas | 34 | 7.98 |
| **Total** | **426** | |

---

### RDU TOTAL

**Please select one of the following candidates for APFA National President:**

| | Total | Percent |
|---|---|---|
| Lori Bassani | 2 | 4.44 |
| Steven Baumert | 10 | 22.22 |
| Kimberly Goesling | 0 | 0.00 |
| Patrick Hancock | 7 | 15.56 |
| Andrea S. Jones | 0 | 0.00 |
| Brian Morgan | 0 | 0.00 |
| Bob Ross | 26 | 57.78 |
| Rock Salomon | 0 | 0.00 |
| **Total** | **45** | |

**Please select one of the following candidates for APFA National Vice President:**

| | Total | Percent |
|---|---|---|
| Marcus Gluth | 12 | 27.27 |
| Nena Martin | 28 | 63.64 |
| Samuel Morales | 4 | 9.09 |
| **Total** | **44** | |

**Please select one of the following candidates for APFA National Secretary:**

| | Total | Percent |
|---|---|---|
| Nicole Darak | 6 | 13.64 |
| Marcy Dunaway | 27 | 61.36 |
| Jacob Fuller | 8 | 18.18 |
| Donald LeBlanc | 2 | 4.55 |
| Jaana Lehtola | 1 | 2.27 |
| **Total** | **44** | |

**Please select one of the following candidates for APFA National Treasurer:**

| | Total | Percent |
|---|---|---|
| Craig Gunter | 9 | 20.00 |
| Roee Rio Harrari | 0 | 0.00 |
| Stefany Jones | 23 | 51.11 |
| Nestor Quecuty | 1 | 2.22 |
| Eugenio Vargas | 12 | 26.67 |
| **Total** | **45** | |

---

### SFO TOTAL

**Please select one of the following candidates for APFA National President:**    Total    Percent

3/29/2016                                    BP - APFA Voting System

| | Total | Percent |
|---|---|---|
| Lori Bassani | 20 | 9.39 |
| Steven Baumert | 7 | 3.29 |
| Kimberly Goesling | 3 | 1.41 |
| Patrick Hancock | 10 | 4.69 |
| Andrea S. Jones | 0 | 0.00 |
| Brian Morgan | 7 | 3.29 |
| Bob Ross | 160 | 75.12 |
| Rock Salomon | 6 | 2.82 |
| **Total** | **213** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 18 | 8.65 |
| Nena Martin | 174 | 83.65 |
| Samuel Morales | 16 | 7.69 |
| **Total** | **208** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 11 | 5.45 |
| Marcy Dunaway | 131 | 64.85 |
| Jacob Fuller | 43 | 21.29 |
| Donald LeBlanc | 8 | 3.96 |
| Jaana Lehtola | 9 | 4.46 |
| **Total** | **202** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 29 | 14.08 |
| Roee Rio Harrari | 3 | 1.46 |
| Stefany Jones | 63 | 30.58 |
| Nestor Quecuty | 9 | 4.37 |
| Eugenio Vargas | 102 | 49.51 |
| **Total** | **206** | |

| STL TOTAL |
|---|

| Please select one of the following candidates for APFA National President: | Total | Percent |
|---|---|---|
| Lori Bassani | 3 | 2.05 |
| Steven Baumert | 71 | 48.63 |
| Kimberly Goesling | 16 | 10.96 |
| Patrick Hancock | 4 | 2.74 |
| Andrea S. Jones | 2 | 1.37 |
| Brian Morgan | 40 | 27.40 |
| Bob Ross | 6 | 4.11 |
| Rock Salomon | 4 | 2.74 |
| **Total** | **146** | |

| Please select one of the following candidates for APFA National Vice President: | Total | Percent |
|---|---|---|
| Marcus Gluth | 4 | 2.74 |
| Nena Martin | 140 | 95.89 |
| Samuel Morales | 2 | 1.37 |
| **Total** | **146** | |

| Please select one of the following candidates for APFA National Secretary: | Total | Percent |
|---|---|---|
| Nicole Darak | 2 | 1.37 |
| Marcy Dunaway | 6 | 4.11 |
| Jacob Fuller | 134 | 91.78 |
| Donald LeBlanc | 3 | 2.05 |
| Jaana Lehtola | 1 | 0.68 |
| **Total** | **146** | |

| Please select one of the following candidates for APFA National Treasurer: | Total | Percent |
|---|---|---|
| Craig Gunter | 8 | 5.52 |
| Roee Rio Harrari | 1 | 0.69 |
| Stefany Jones | 4 | 2.76 |
| Nestor Quecuty | 5 | 3.45 |
| Eugenio Vargas | 127 | 87.59 |
| **Total** | **145** | |

- There were 20656 eligible voters, of which 9355 cast a ballot, representing 45.3% of the eligible voters.
- Of the 9355 ballots cast, 5433 (58.1%) were by phone, and 3922 (41.9%) were by web.
- There were 0 ballots cast in which the voter did not make a selection.

These Official Results witnessed and certified by Nena Martin, Marcy Dunaway, Kimberly Goesling, Sam Morales, Michael Truan, Liz Geiss, Marie Plevritis, Lena Gale, Cindy Horan, Leatha Harding-Berry and Avis Rives.

Nena Martin
witness                                                          signature / date

Marcy Dunaway
witness                                          signature / date

Kimberly Goesling
witness                                          signature / date

Sam Morales
witness                                          signature / date

Michael Truan
witness                                          signature / date

Liz Geiss
witness                                          signature / date

Marie Plevritis
witness                                          signature / date

Lena Gale
witness                                          signature / date

Cindy Horan
witness                                          signature / date

Leatha Harding-Berry
witness                                          signature / date

Avis Rives
witness                                          signature / date

Report generated: 01/09/2016 10:20:57 (Central)

Copyright © 2000-2016 CCComplete, Inc. All Rights Reserved.

**BallotPoint** ⟨✓⟩
Election Services

# Feldkamp Deposition Exhibit 9

# *One-Vote, No-Voiding* Election Method

## The OVNV Process

The "one vote, no voiding" (OVNV) BallotPoint election method described below uses the two-server BallotPoint (BP) architecture (Election Server (ES) and MRNS), but in a very different way from the method used in elections prior to 2015. OVNV was developed by BallotPoint in response to a meeting at DOL in November 2014, wherein DOL representatives verbally asserted the categorical position that any electronic election which supports recasting votes and/or voiding ballots does not comply with the LMRDA. The OVNV method has been in production use by many BallotPoint clients since early 2015.

The central features of OVNV are:

- Voting by both telephone and Internet is supported.
- Members are not permitted to recast votes. Eligibility to vote for any given member must be determined prior to that member having the opportunity to cast a vote in that election.
- Cast ballots cannot be voided. Every vote that is cast is counted.
- Elections are authored and uploaded exactly as they were in past BallotPoint elections, starting from a Word document template provided by BallotPoint.
- Rosters are uploaded via the MRNS by the client's election administrator. A single line in a roster lists a member's ID, name, address, voting attributes (e.g., station or base), and voting eligibility status at the time the roster is submitted. After processing the roster, the MRNS passes, in effect, the number of eligible voters in each distinct combination of voting attributes. The sole purpose and use of this information in the ES is to generate election-participation and tally reports, with breakdown based on voting attributes ; specifically, this information is not used in any part of the actual voting process, including authorization of voters or storage of cast ballots.
- Each member is mailed *at each election* a unique (across all elections for that client), 12-random-digit BP *access code* in the Voting Notice document. An access code applies to only a single election; unlike in the traditional BP system, members are not provided "permanent" credentials that can be used across different elections.
- As in past elections, an Internet voter browses to the client-specific Election Server website. But instead of entering an activation code or VIN+PIN, the voter clicks on a *Click to Log In* button. This transfers the user to the MRNS, which prompts for the (election-specific) access code. The MRNS verifies that the access code is valid and has not been used to cast a vote. If successful, the voter is automatically transferred back to the ES and a ballot appropriate to his or her voting attributes is presented. No member-specific information is sent to the ES.
- As in past elections, a telephone voter calls the client-specific ES phone system. In the OVNV method, the voter is then immediately transferred to the MRNS phone system; the ES phone system remains connected to the call, but cannot hear the keypad tones entered by the voter into the MRNS phone system. Once connected, the MRNS phone system prompts the member to enter an access code. The MRNS checks the access code and, if the member is eligible to vote

 PROPRIETARY – All Rights Reserved



in an election, sends the member's voting attributes to the ES. No information that could be used to uniquely identify the member is sent to the ES. The MRNS phone system then hangs up, which automatically returns the caller to the ES phone system. Finally, the ES phone system presents the appropriate ballot (according to the voting attributes) to the member.

- When the member casts a ballot, the ES and the MRNS go through a chain of mathematical operations that results in a twice-encrypted vote being stored on the ES, and a unique, indecipherable representation of the encrypted vote being stored on the MRNS. We call the latter quantity a *vote digest*. NOTE: It is a BallotPoint client's option whether to include the confirmation number with the vote-data during the double-encryption process. APFA opted to not include it.
- A unique confirmation number is spoken or displayed after the twice-encrypted vote is successfully stored on the ES and the vote digest is successfully stored on the MRNS.
- Because votes are not stored with any information (e.g., VINs or activation codes, which were used in the traditional BP system) that could be used to isolate votes after the election, ballots cannot be voided in the OVNV method.
- Candidates' observers who have been authorized by the election committee to have login access to the MRNS may download at any time the latest set of vote digests for the election, regardless of where around the globe the observers may be located. This is an unprecedented capability for observers to verify that votes have not been dropped or altered (whether by software or storage errors or through malicious action) during the course of the election. The details of how this is accomplished are necessarily mathematical and will not be covered here. (Please refer to the files, *VoteDigestProcess-from-MRNS.pdf* and *OVD-OVNV-20160330-091139-97065879.txt*.)
- At tally time, *every* vote counted by the ES must correspond to a vote digest stored on the MRNS. The association of each now-decrypted vote will be shown—available as an Excel spreadsheet—to correspond to exactly one vote digest that was stored on the MRNS during the election. Each row of the spreadsheet corresponds to a cast ballot. If the BallotPoint client has opted to include confirmation numbers in the twice-encrypted vote-data, then each voter can locate his confirmation number and verify that the system recorded and counted the ballot as intended. As noted above, APFA chose to *not* include confirmation numbers.
- At tally time, a *Who-Voted Report* can be obtained by the election administrator when logged in to the MRNS. This report is compiled from the members who logged in through the MRNS.

## Secrecy

The BallotPoint OVNV method addresses the secrecy requirement of the LMRDA by never providing member-specific information to the Election Server and by not tagging cast ballots with any member-specific information. When a vote is cast, it's effectively the same as dropping a paper ballot into a ballot box at an election conducted on-site: Once cast, it is indistinguishable from any other ballot.

The downside of this is that any challenges to eligibility must take place before a member appears in the voting roster as eligible to vote. For members who are not currently eligible but who may become

eligible during the period of the election, they should initially be marked as ineligible in the roster; when a member subsequently becomes eligible, a new roster showing the now-eligible status can be submitted to the MRNS.

## Observability

The OVNV system addresses the observability requirement of the LMRDA by providing access by candidates' observers to the vote digests being accumulated on the MRNS. These vote digests can be shown mathematically to correspond exactly to twice-encrypted votes stored on the ES. As described in *The OVNV Process*, above, candidates' observers can download all vote digests generated to date for the election in question. These can be compared to the vote digests shown in the spreadsheet produced at tally time to verify that votes were not lost or replaced during the election. Assuming the vote digests collected by observers match those shown in the spreadsheet (and this will be the case if observers don't alter the vote digests they collect), the decrypted votes shown in the spreadsheet can safely and reliably be used as the basis for an independent recount if necessary.

For individual members the Excel spreadsheet produced at tally time may list (per the BallotPoint client's option) the confirmation number and the corresponding unencrypted vote for every vote cast in the election. By retaining the confirmation number issued by the BallotPoint system when a ballot is cast, every voter can verify that his vote was recorded accurately.

## Paper Trail

The Excel spreadsheet produced at tally time replaces any paper trail you might find referenced in the literature on electronic elections. It is a provably accurate basis for a manual recount.

PROPRIETARY – All Rights Reserved

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THOMAS E. PEREZ [now R. ALEXANDER
ACOSTA], Secretary of Labor,

     Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL
FLIGHT ATTENDANTS,

     Defendant.

Civil Action No. 4:16-cv-1057-A

## DECLARATION OF CURT STAPLETON IN SUPPORT OF APFA'S MOTION FOR SUMMARY JUDGMENT

I, Curt Stapleton, hereby declare as follows:

1.     I am over the age of eighteen and am competent to testify as to all of the facts contained in this Declaration, of which I have first-hand, personal knowledge.

2.     I have been retained by counsel for the Association of Professional Flight Attendants ("APFA") to render an opinion on certain aspects of BallotPoint Election Services' electronic voting system, which was used by APFA in the administration of APFA's 2016 National Officer Election.

3.     My qualifications and work experience have been previously detailed in a written expert report that I prepared and signed on June 30, 2017. A true and correct copy of that report is attached to this Declaration as Exhibit A.

127

4.      I hereby adopt the facts and opinions contained in Exhibit A, the content of which is incorporated herein by reference, as my testimony.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Frederick, MD this __17_ day of August, 2017.


Curt Stapleton

2

Stapleton Declaration, Exhibit A:
Stapleton Expert Report

Tab F; Page 129

# Stapleton Declaration
# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, | |
| Plaintiff, | |
| v. | Civil Action No. 4:16-cv-1057-A |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, | |
| Defendant. | |

## EXPERT REPORT OF CURT STAPLETON, CEO
## ADEPT SECURITY CONSULTING

## I.      INTRODUCTION

### A.      Retention and Scope.

I have been retained by Bredhoff & Kaiser, P.L.L.C. to serve as an expert witness in the above-captioned case.  My findings and opinions are set forth in this "Report."

### B.      Qualifications.

I am the founder and CEO of Adept Security Consulting, LLC ("AdeptSec"), a consultancy I founded in 2015 to provide network application penetration testing, systems security training, and security consulting.

Before founding AdeptSec, I served approximately eight years as a technical director for Aerstone, a cybersecurity consultancy providing security assessment and systems enhancement and sustainment.  At Aerstone, I served as the service-area lead for penetration testing and

129

security assessments, and I conducted security assessments for numerous clients including federal and state government agencies, financial institutions, and commercial companies.

Before joining Aerstone, I worked for almost 12 years at SAIC. There, I held positions ranging from security and software engineer to program manager to assistant vice president. I led a team of penetration testers who conducted security assessments of numerous federal agencies, including the Department of the Treasury and Department of Defense.

I have a Bachelor of Science in Computer Science from Mississippi State University and a Global Information Assurance Certification (GIAC) in Incident Handling, for which I authored a practical, *Employees are Crackers Too: Advanced Incident Handling and Hacker Exploits*.[1] In total, I have over 23 years of experience in the computer industry, including over twenty years of experience in system security engineering and risk assessments. As a result of my training and experience in the systems security field, I have extensive knowledge of, and practical expertise in, assessing information technology systems for their vulnerability to external and internal threats, and in designing systems to withstand attempts by attackers to gain unauthorized access or otherwise tamper with the data stored on that system.

I have not previously testified as an expert witness at trial or by deposition.

**C.      Fees.**

AdeptSec is compensated for my time at the hourly rate of $250 per hour. In addition, AdeptSec was paid a flat fee of $11,500 plus expenses for making a site visit to the BallotPoint facility in Portland, Oregon, and preparing a preliminary analysis based on my visit. My compensation is not contingent in any way on the outcome of this case.

---

[1] Curt Stapleton, Employees are Crackers Too: Advanced Incident Handling and Hacker Exploits, SANS Institute (Oct. 7, 2001), *available at* https://pen-testing.sans.org/resources/papers/gcih/employees-crackers-102345.

130