ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ [now R. ALEXANDER ACOSTA], Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS,<br><br>Defendant. | Civil Action No. 4:16-CV-1057-A |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the Secretary of Labor, moves for summary judgment on all claims and causes of action in his complaint (Doc. 4) against defendant, the Association of Professional Flight Attendants (APFA).

### Summary

This case arises out of an election of national union officers conducted by the APFA, for the positions of president, vice president, secretary, and treasurer, in January 2016. The Secretary received a complaint that the election was conducted in violation of federal law requiring, among other things, that unions elect their officers by secret ballot and that candidates be permitted to have observers at the polls and at the counting of the ballots. After investigating, the Secretary filed this action and now seeks summary judgment on both counts in his complaint. With respect to count one, the Secretary seeks

summary judgment on his claim that the APFA violated 29 U.S.C. § 481(a) by using an electronic voting method that permitted voters to be linked to their votes. With respect to count two, the Secretary seeks summary judgment on his claim that the APFA violated 29 U.S.C. § 481(c) because the voting system did not permit observers to verify that votes were recorded and tallied accurately. In addition, with respect to both counts, the Secretary seeks a determination on summary judgment that the violation may have affected the outcome of the election.

Based on the foregoing, and as shown in more detail in the accompanying brief and appendix, the Secretary requests that the Court grant his motion for summary judgment and enter a judgment (a) voiding the results of the APFA's January 2016 election for the positions of national president, national vice president, national secretary, and national treasurer, and (b) directing that a new election for these positions be conducted under the Secretary's supervision. The Secretary further requests that he recover his allowable court costs, and further requests general relief.

Respectfully submitted,

JOHN R. PARKER
United States Attorney

_____
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff,
the Secretary of Labor

## Certificate of Service

On August 25, 2017, I served the foregoing document (along with the accompanying proposed order and proposed final judgment) on defendant, the Association of Professional Flight Attendants, by mailing it by prepaid first-class mail to defendant's counsel of record, addressed as follows:

Andrew D. Roth
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., N.W., Tenth Floor
Washington, D.C. 20005

_____
Brian W. Stoltz
Assistant United States Attorney