1    system.

2    Q    Next on the Exhibit 4 is a column oem_access_from.

3        Can you tell us what that means?

4    A    Access from indicates, for the election in question,

10:50:15  5    what IP address the member came in from, if voting by

6    Web.  And if it's voting by phone, there was a generic

7    IP address which would not be distinguishable from one

8    member to the next.

9    Q    So, every member who votes by phone, though, OEM does

10:50:40 10    log an IP address for that member but it's -- they're all

11    the same IP address?

12    A    It's an IP address of a portion of the local area

13    network on which the MRNS resides.

14    Q    So, it's, essentially, logging the IP address of --

10:51:01 15    A    One of our pieces of equipment.

16    Q    The next column on Exhibit 4 is oem_access_when.

17        And can you tell us what that is?

18    A    Access when, in the election in question here, was a

19    time stamp with eight-hour resolution.  So, it either

10:51:22 20    showed midnight, 8:00 a.m., or 4:00 p.m. on it.

21        And it indicates an eight-hour window during

22    which this member accessed the system.

23    Q    So, just so I understand, if the access when stamp

24    shows midnight, does that mean that the member accessed

10:51:41 25    between midnight and 8:00 a.m.?

**App. 098**

1    A    Midnight and 7:59, correct.

2    Q    And if it shows 8:00 a.m., it means between 8:00 a.m.

3    and 3:59 p.m. on that day?

4    A    That's correct.

10:51:53    5    Q    And then, likewise, if it shows 4:00 p.m., it would

6    mean between 4:00 p.m. and 11:59 p.m. that day?

7    A    Correct.

8    Q    Okay.  The next column on Exhibit 4 is oem_vote_cast.

9         Can you tell us what that means, please?

10:52:07    10    A    Vote cast is also what we call a logical flag or a

11    flag having values either 0 or 1; and, when combined with

12    the oem_accessed field, tells us the state of this voter

13    with respect to accessing the system.

14         So, it's possible that somebody has accessed the

10:52:33    15    system but is still in the middle of voting, in which

16    case the vote has not yet been cast.  If the vote gets

17    cast, then accessed and vote cast both get set to 1 --

18    are both set to 1 at that time.

19         And a subsequent attempt by that member using

10:52:52    20    that access code to get in will be rejected, saying,

21    you've already voted.

22    Q    Now, if -- in order for the OEM table for a voter's

23    vote cast column to be switched from 0 to 1, is it fair

24    to say that that requires the ES to notify the MRNS that

10:53:10    25    that voter has now voted?

**App. 099**

| | | |
|---|---|---|
| | 1 | A    That is correct. |
| | 2 | Q    And can you explain, what information does the ES |
| | 3 | transmit to the MRNS to tell the MRNS to switch the vote |
| | 4 | cast to 1? |
| 10:53:25 | 5 | A    There is a process that we call vote notify.  When a |
| | 6 | voter has cast the vote, the election server knows that. |
| | 7 | It's now recorded a vote, okay.  And so, it sends a |
| | 8 | message to the MRNS that says, notify the voter that a |
| | 9 | vote has been cast in his or her account.  And that |
| 10:53:55 | 10 | process sends the -- this quantity we've called the |
| | 11 | one-time password which goes back to Exhibit 1, I |
| | 12 | believe, the votes table -- |
| | 13 | Q    Exhibit 2? |
| | 14 | A    That's 2.  Okay.  The -- so, that one-time password |
| 10:54:12 | 15 | gets passed from the election server to the MRNS along |
| | 16 | with the vote notify request.  So, the vote notify, first |
| | 17 | of all, says, okay, this member is done, and any internal |
| | 18 | recollection of that one-time password is erased, okay. |
| | 19 | It's never gone to disk.  It's never gone to a database. |
| 10:54:34 | 20 | It's strictly an in-memory variable. |
| | 21 |        And then, the secondary part of that vote notify |
| | 22 | operation is, the MRNS says, does this member have a |
| | 23 | valid email address in his record, at which point the |
| | 24 | email is sent to the member. |
| 10:54:54 | 25 | Q    So -- |

**App. 100**

1    A    I'm sorry.  So, at that point, then, the vote cast

2    field has been set to 1.

3    Q    Okay.  Now, the document that you're referring to,

4    Exhibit 2, where there is a unique ID number for each

10:55:09    5    vote, also referred to as a one-time password.  So, just

6    so I understand, the unique ID number sits on the

7    election server, and we still have it today.

8            So, we know what the unique ID number was for

9    each vote; correct?

10:55:23    10    A    For that election, correct.

11    Q    At some point, the MRNS -- excuse me.  At some point,

12    the ES sends a message to the MRNS.  And if we look at,

13    for example, Exhibit 2, the first vote, the unique ID

14    number is DEFAULT_825723100.

10:55:45    15            So, is it correct that, at some point after this

16    person has voted on the ES, the ES sends a message to the

17    MRNS that says DEFAULT_825723100 has now voted

18    successfully?  And I understand it will be in some sort

19    of code.

10:56:04    20            But that's the content of the message?

21    A    The portion which is that one-time password will have

22    been sent, correct.

23    Q    Now, the ES does not also say, and by the way, they

24    voted for these people; correct?

10:56:17    25    A    There is no vote information passed at that time.

App. 101

1    Correct.

2    Q    So, all the ES sends is the fact that this voter

3    identified by this unique ID has voted, but we're not

4    going to tell you who they voted for; correct?

10:56:29  5    A    That is correct, yeah.

6    Q    And then the MRNS is designed to receive that unique

7    ID, use it in some way to change the vote cast column

8    from 0 to 1; is that correct?

9    A    Correct.  There is an in-memory data structure in

10:56:50  10   cold fusion called application level variables that

11   retains an association for the period of that voting

12   session between the one-time password and the member ID

13   so that we can close off that voter's session.

14        That in-memory variable or application level

10:57:14  15   structure is consulted, indexed into by the one-time

16   password, corresponding member ID is picked out, and then

17   the member's record is modified by -- as the vote cast

18   gets set to 1.

19   Q    And at that point, does the MRNS then discard or

10:57:34  20   erase -- or what's the best word for -- how does the MRNS

21   get rid of the unique ID?

22   A    It deletes that element of the structure of that

23   in-memory structure.

24        So, it's gone.

10:57:46  25   Q    And I take it this all happens in less than a snap of

**App. 102**

1   for each member?

2   A   The access code is created at the time that the

3   member is determined to not be in there for this

4   particular election.

11:10:01  5      So, when the record is created, an access code is

6   created at the same time.

7   Q   So, essentially, instantaneously with when the MRNS

8   has presented to it by the union administrator a new

9   member, the MRNS puts that member into the OEM table and

11:10:17 10  creates an access code for that member?

11  A   That's correct.

12  Q   Now, these other fields later, such as oem_accessed,

13  access from, access when, vote cast, obviously, these

14  things are then filled in later, depending on whether or

11:10:36 15  not the member does or does not vote, where he votes

16  from, that sort of thing; is that correct?

17  A   That's correct.

18  Q   Okay.  Now, as far as the access code getting mailed

19  to the member, I understand that that's handled by a

11:10:46 20  printing company out of Michigan; is that right?

21  A   That's correct.

22  Q   So, how does that printing company in Michigan get

23  the information it needs in order to mail out the access

24  codes?

11:10:59 25  A   The -- we call that role PMSP, printing and mailing

App. 103

1    that are available to us during that voting.

2            (**Exhibit No. 5** was marked)

3    Q    BY MR. STOLTZ:  Mr. Feldkamp, I'm showing you

4    Document 5, which is a printout of a text file.

11:14:24   5        And to back up, at some point after the election

6    in question, the Department of Labor asked BallotPoint to

7    send it the contents of the OEM table; is that correct?

8    A    This refers to item 21.

9        Do you have a description from Ms. Hussar's

11:14:44  10    request for item 21?

11    Q    Let me just ask you this:  Do you remember when the

12    Department of Labor said we want you to give us the --

13    whatever info is in the OEM table?

14        Do you remember that?

11:15:01  15    A    Yes.

16    Q    And what did you -- what was y'all's -- what was

17    BallotPoint's response to the Department of Labor's

18    request for the information in the OEM table?

19    A    That we didn't have access to that table.

11:15:32  20    Q    And in this readme file, it says, what we interpret

21    membership data or table to mean is the data stored in

22    the officer election members table in the MRNS database.

23        Do you think that this readme file relates to the

24    request from the Department of Labor?

11:15:52  25    A    I'm still waiting for item 21 request.

**App. 104**

1          (Exhibit No. 6 was marked)

2     Q    BY MR. STOLTZ:  Is Exhibit 6 that you now have in

3     front of you the request that you're referring to that

4     you were waiting for?

11:16:29  5          (The witness reviews the document)

6                THE WITNESS:  Yes, it is.

7     Q    BY MR. STOLTZ:  Now, having seen Exhibit 6, do you

8     feel that Exhibit 5 was BallotPoint's response to the

9     Department of Labor's request for the data in the

11:16:50  10   membership table?

11    A    That is our response.

12    Q    And in Exhibit 5, there is a sentence that says,

13    Neither BallotPoint engineers nor APFA election

14    administrators have direct access to this table.

11:17:14  15          Do you see that?

16    A    I do.

17    Q    And, in fact, that mirrors what you just told me a

18    minute ago, was that you told the Department of Labor you

19    didn't have direct access to the officer election members

11:17:23  20   table; is that correct?

21    A    Correct.

22    Q    Okay.  And my question to you is:  The reference to

23    direct access, what -- that sort of implies that you have

24    indirect access, maybe.

11:17:36  25          But why did you say that you did not have direct

App. 105

1    access to this table?

2    A    That was explained in the sentence following.  The

3    only way that we can get data out of that table is by

4    providing software to the MRNS, which extracts it from

11:17:57  5    the table.

6        We did not have any such software that would

7    permit that to occur.

8    Q    Okay.  And you're referring to here the idea of

9    extracting or getting data out of the officer election

11:18:08  10    member table over the Internet; is that fair to say,

11    through some sort of Web interface?

12    A    Yes.

13    Q    So, when you said you did not have direct access to

14    the table, is it fair to say that you said that because

11:18:29  15    the software that, at that time, existed did not have a

16    function whereby somebody, either an administrator or a

17    voter or anybody, could log in to the MRNS and extract

18    this data; you hadn't designed the software to allow

19    that?

11:18:43  20    A    That's correct.

21    Q    Now, what about if you had just walked up to the

22    MRNS, gotten LightPoint to bring their key and unlocked

23    it and then just plugged in a thumb drive to the MRNS?

24        Could you have --

11:19:00  25    A    I would not have been able to do that.

1    Q   And why would you have not been able to do that?

2    A   I could not get into the MRNS.  I couldn't log in to

3    the MRNS.  I don't have passwords for the MRNS.  I can't

4    get into that server.

11:19:17   5       You could sit me in front of it all day, and I

6    can't get into it.

7    Q   Now, when you say you do not have passwords to the

8    MRNS, you're talking about, for example, when I open up

9    my -- turn on my desktop computer at my office, there is

11:19:32  10   a screen that comes up and I have to type in my name and

11   password, and then it lets me into the computer.

12       Is that what you're referring to?

13   A   That's what I'm referring to, yes.

14   Q   Okay.  Did anybody at BallotPoint have a password to

11:19:45  15   the MRNS?

16   A   Yes.  Jeff Bachofner is the only one.

17   Q   So, if somebody had wanted to just walk up to the

18   MRNS, get LightPoint to open the cage, and plug in a

19   thumb drive, it would have had to have been Jeff

11:20:04  20   Bachofner; isn't that correct?

21   A   Bachofner, yes.

22   Q   So, Jeff Bachofner is the only person who could have

23   done that?

24   A   Correct.

11:20:10  25   Q   Okay.  So, I guess, at the time, you -- BallotPoint

**App. 107**

1   knew that the Department of Labor wanted the information

2   in the officer election member table.

3          Why not just go pull it off on a thumb drive?

4   A    Violated every security policy that we had, which was

11:20:31  5   we don't get to data that we don't deserve to get to and

6   we don't want to get to.

7   Q    So, to be clear, Jeff Bachofner could have walked up

8   to the MRNS, got it unlocked, put in the thumb drive, and

9   extracted the data, but that just would have been a

11:20:53  10  violation of a BallotPoint policy?

11  A    No.  No.  That is -- your statement about Jeff is

12  incorrect.

13  Q    What's incorrect about my statement?

14  A    He would not be able to get into the database server

11:21:04  15  because he doesn't have a password to the database

16  server.  He couldn't get in there.

17         It would take both of us.

18  Q    Okay.  So, if I'm understanding correctly, Jeff

19  Bachofner would have had to go to the MRNS, take you

11:21:24  20  along, you would have asked LightPoint to unlock it, and

21  he could have logged on to the computer.

22         Then once you're in the computer, you could have

23  accessed the actual database; is that correct?

24  A    That's correct.

11:21:35  25  Q    Okay.  And you say, though, that would have violated

App. 108

1    a BallotPoint security policy?

2    A    We strongly believe in the secret ballot process.

3    And getting into data which has no value whatsoever in

4    the process of doing -- storing and counting the ballots

11:22:13  5    is data that we restrict ourselves from getting to.

6        It's a compartmentalization.

7    Q    Now, my understanding is that, in order to -- once

8    the Department of Labor, essentially, said no, we really

9    want that data, we don't care if it's against your

11:22:33  10    security policy, we'll subpoena you, essentially, the

11    Department of Labor said, we really want that data;

12    correct?

13    A    Yes.

14    Q    And so, BallotPoint eventually said, okay, we'll give

11:22:46  15    it to you, albeit reluctantly; correct?

16    A    Correct.

17    Q    And the way you decided to get the data to the

18    Department of Labor was by writing a new program and

19    having LightPoint install it; correct?

11:23:00  20    A    That is correct.

21    Q    And then, based on that program, is it true that that

22    program, essentially, sets up the Department of Labor as

23    somebody who was an authorized person to log in to the

24    MRNS and receive an encrypted version of the office

11:23:18  25    election member table; is that accurate?

App. 109

1    A    No.  It's inaccurate.

2    Q    Okay.  How did the program work to facilitate getting

3    the data to the Department of Labor?

4    A    The program was one that -- I initiated the pulling

11:23:37  5    of the data, and the program itself collected the data,

6    encrypted it in a zip file.  There was an 86-character

7    encryption key for that, 43 characters of which were

8    emailed directly to Michelle Hussar at the time the

9    program executed.  The other 43 characters of the

11:24:10  10    encryption key were sent to me.  She was the only one who

11    received the actual data.  I received the other -- she

12    had 43 characters of the key plus the data.  I received

13    the other 43 characters.  I sent that in an email to

14    APFA, who transmitted it to Ms. Hussar.

11:24:35  15        She was not set up as -- the Department of Labor

16    was not set up as somebody to get in -- who could get

17    into the system thereafter.

18    Q    Okay.  So, the system sent -- it was configured for

19    the system to send it to them, and then they could,

11:24:51  20    essentially, decrypt it using the code that has been

21    disbursed between them and you via APFA; is that correct?

22    A    Correct.

23    Q    Okay.  And was your purpose in doing this procedure

24    where it came out in encrypted form and then required two

11:25:06  25    parties to put their key together, did you do that --

| | | |
|---|---|---|
| | 1 | well, that's not the only way it could have been done; |
| | 2 | correct? |
| | 3 | A    Correct. |
| | 4 | Q    You could have just done it in unencrypted plain |
| 11:25:18 | 5 | text; correct? |
| | 6 | A    Correct. |
| | 7 | Q    But you wanted to, as best you could, preserve the |
| | 8 | confidentiality of those materials; correct? |
| | 9 | A    That is correct. |
| 11:25:30 | 10 | Q    Now, I understand that it -- and I understand -- is |
| | 11 | it true that you personally have never actually seen the |
| | 12 | data that was delivered to the Department of Labor from |
| | 13 | the officer election member table; is that correct? |
| | 14 | A    Except for that exhibit you showed me earlier, which |
| 11:25:48 | 15 | I presumed was derived from that. |
| | 16 | Q    I'm sorry.  Which exhibit are you referring to? |
| | 17 | A    Oh, this is the votes table.  I'm sorry. |
| | 18 |      Yes, you're correct. |
| | 19 | Q    Okay.  Now, I understand that, in addition to the |
| 11:26:12 | 20 | officer election member table that exists on the MRNS, |
| | 21 | there is also some kind of other information that the |
| | 22 | MRNS has; and, specifically, some kind of log of MRNS |
| | 23 | activity; is that correct? |
| | 24 | A    This is a log of MRNS activity, correct. |
| 11:26:32 | 25 | Q    And describe for me, what is that log? |

App. 111

1    numbered paragraph 35.

2            Have you ever seen this before?

3    A    I received a copy of it.  I have not read it.

4    Q    Okay.  Do you -- what, if anything, is your

11:48:19  5    understanding of what this is?

6    A    Since I haven't read it, I don't have an

7    understanding of what it is.

8    Q    Are you aware of the Department of Labor's claim in

9    this litigation that, using the data that was from the

11:48:37  10    officer election member table and the votes table, the

11    Department of Labor was able to look at things like IP

12    addresses and match up specific voters to their votes?

13    A    Yes.

14    Q    Okay.  And as we sit here today, given that that

11:48:59  15    information was provided to the Department of Labor, and

16    setting aside for the moment the question of how it was

17    provided or who -- whether it was required to be provided

18    or any of that, just setting all that aside, given that

19    that information was provided, do you dispute that, with

11:49:14  20    that information in hand, the Department of Labor was

21    able to match up a number of votes to the voters in that

22    manner?

23    A    No.

24    Q    Are you aware of any other person at BallotPoint who

11:49:32  25    would be -- would dispute that claim?

|  | 1 | A    I can't speak for others. |

1    A    I can't speak for others.

2    Q    Well, I'm just asking:  Are you aware of anybody --

3    is there anybody else at BallotPoint who -- that you're

4    aware of that thinks, well, no, there is no way the

11:49:44    5    Department of Labor could have done that?

6    A    That discussion hasn't occurred.

7    Q    And do you agree that, as we know from the exhibits

8    we've talked about today, Exhibit 4 is the officer

9    election member table structure, and it shows that there

11:50:07    10    is a column that shows the IP address that a voter has

11    accessed from; correct?

12    A    Correct.

13    Q    All right.  And we also know from Exhibit 2 that the

14    votes table has a -- I'm sorry.  Scratch that.

11:50:29    15        We're also aware from Exhibit 2 that, in the From

16    column of the votes table, if a person voted over the

17    Web, there is an IP address listed there; correct?

18    A    Yes.

19    Q    Okay.

11:51:04    20        MR. WARMAN:  You let me know if you need any

21    of those back to refer back to.  I'll pull those up.

22        THE WITNESS:  All right.

23        MR. STOLTZ:  If you want to look at

24    Exhibit 2, we can use that one.

11:51:13    25        MR. WARMAN:  What was the one you referred

App. 113

1    to a few moments ago?

2                    MR. STOLTZ:   Exhibit 4.

3                    MR. WARMAN:   4.

4    Q    BY MR. STOLTZ:   So, on Exhibit 2, if you go down the

11:51:20  5    From column and you see an IP address -- the first vote

6    that occurred over the Web, and there is an IP address

7    listed, 71.175.54.91.

8         Do you see that?

9    A    Yes.

11:51:31 10    Q    Okay.  And let's assume that, if you look through the

11    whole rest of the votes table, that's the only time that

12    number appears.

13         Just assume that, okay?

14    A    Yes.

11:51:40 15    Q    Okay.  If that IP address appears only one time on

16    the votes table in Exhibit 2 and that same IP address

17    appears once on the officer election member table, would

18    you then agree that that enables somebody -- in this

19    case, the Department of Labor -- to link the voter to his

11:51:59 20    or her vote?

21    A    Yes.

22              (Exhibit No. 9 was marked)

23    Q    BY MR. STOLTZ:   Do you recognize Exhibit 9,

24    Mr. Feldkamp?

11:53:14 25              (The witness reviews the document)

1  Q    And is there a reason for that?

2  A    Yes.

3  Q    What's the reason?

4  A    It's -- there are problems with such elections right

12:28:39  5  from the beginning, starting with registration and

6  knowing what a valid roster is.  We like union elections

7  because the roster comes from the union, which comes from

8  the company, typically.  And so, you can count on the

9  people who are voting being properly registered voters.

12:29:06  10  Q    I want to ask about the -- we talked earlier about

11  the information that's on the officer election member

12  table and how it's accessible or not accessible.  Tell me

13  about the election support requests, though, that can be

14  submitted during the course of an election.

12:29:31  15         What is an election support request?

16  A    An election support request is issued by an election

17  admin from the union, and it's a -- the admin logs in to

18  the MRNS, pulls up the submit support request command,

19  and fills out a form.  And that form is -- asks for the

12:30:02  20  member ID of the person in question that it's inquiring

21  about, asks for what election are we talking about, and

22  provides a box that can be filled out by the admin

23  describing the problem.  There are admonitions in there

24  about including any personally identifying information.

12:30:24  25         The member ID value is used to obtain data from

|            |    |                                                                    |
|------------|----|--------------------------------------------------------------------|
|            | 1  | the officer election member table that we historically,            |
|            | 2  | over 16 years, would have found to be helpful to an                |
|            | 3  | administrator in describing to the member, in turn,               |
|            | 4  | whether there was really a problem or not a problem.              |
| 12:30:49   | 5  | Q    So, in terms of the type of data during this                 |
|            | 6  | election, my understanding is that -- let's take a voter          |
|            | 7  | who had already voted -- or a vote had been cast on that          |
|            | 8  | voter's account already and, for whatever reason, there          |
|            | 9  | is an election support request.  So, the administrator,           |
| 12:31:08   | 10 | as I understand it, would go and enter the member ID              |
|            | 11 | number onto the website.                                          |
|            | 12 |         That's the first step; yes?                              |
|            | 13 | A    Correct.                                                    |
|            | 14 | Q    And then, once the administrator has entered that            |
| 12:31:20   | 15 | member ID and whatever message she wants to transmit,             |
|            | 16 | then the system automatically pulls certain information           |
|            | 17 | about that member ID from the officer election member             |
|            | 18 | table; is that correct?                                           |
|            | 19 | A    That's correct.  Right.                                     |
| 12:31:32   | 20 | Q    And that information for a member who had voted --           |
|            | 21 | and let's assume it was a vote over the Internet --              |
|            | 22 | included the IP address that the member voted from; is           |
|            | 23 | that correct?                                                     |
|            | 24 | A    That's correct.                                             |
| 12:31:43   | 25 | Q    And did it also include the IP address -- or the time       |

App. 116

1    that the access was made?

2    A    It included the eight-hour time stamp, which is all

3    that's available on the OEM table at that time.

4    Q    And it also pulls the information from the MRNS that

12:32:00    5    indicates whether or not the member has, in fact, voted?

6    A    Well, you assumed that the member had voted.

7         So, yeah.

8    Q    Assuming they did, it would say vote cast?

9    A    Whoever it was that was being identified, whether it

12:32:13   10    was a vote cast -- whether the person had accessed the

11    system, whether a vote was cast.

12         And the When and the From fields, those would be

13    portrayed in that email.

14    Q    So, there is an email generated that has the message

12:32:32   15    from the union administrator that's prompted this support

16    request, along with information of where they voted from,

17    if they voted, you know, did they vote, that sort of

18    thing.

19         Where does that email go?

12:32:47   20    A    It goes to me, Mike Baum, and Bob Thompson.

21    Q    And then do you typically -- you then follow up with

22    the election administrator to explain how you either

23    resolved the problem, or why it's not a problem, or

24    whatever?

12:33:05   25    A    Correct.

1    Q    Now, has the system whereby the election support

2    request feature -- as I understand it, correct me if I'm

3    wrong, but at the time of this election, the election

4    support feature could be used to extract data from the

12:33:22    5    officer election member table about what IP address a

6    member voted from; correct?

7    A    That's correct.

8    Q    Okay.  And has that subsequently been changed?

9    A    Yes.

12:33:32    10    Q    So, after this election, the election support

11    request, you tweaked the code so that it no longer pulls

12    that information from the officer election member table;

13    is that fair to say?

14    A    No.

12:33:45    15    Q    Okay.  What happened?

16    A    Okay.  We have changed it so that, at this moment in

17    time, when a person accesses the system, all we put in

18    the From field is whether it's by Web or by IVR.  The

19    When field is, literally, left parentheses, not logged,

12:34:15    20    right parentheses.

21         And so, we made the -- we basically incapacitated

22    those two data fields.

23    Q    So, the MRNS is no longer logging IP addresses at

24    all; is that what you're saying?

12:34:29    25    A    That is correct.

App. 118

1    Q    And, therefore, of course, it can't, then, send those

2    to you as part of an election support request; correct?

3    A    Correct.

4    Q    Was that change that you just described to how the

12:34:48   5    MRNS logs IP addresses, was that accomplished by

6    presenting an encrypted disk to LightPoint through the

7    process?

8    A    Yes, of course.

9    Q    Now, I understand from the expert disclosure that we

12:35:33   10    discussed earlier that had the -- your opinions and

11    explanations in this case, which is Exhibit 1, one of

12    your explanations is that it's not physically possible

13    for a person to observe the counting of votes in the

14    system; is that fair to say?

12:35:54   15    A    What opinion are you pointing to?

16    Q    Exhibit --

17    A    What page?

18    Q    I'm sorry.  Exhibit 1, page 7.  For example, you say

19    that these operations occur at space and time scales far

12:36:10   20    too small for direct human observation.

21    A    Yes.

22    Q    So, in terms of observing the counting, a union

23    member or candidate or observer is, obviously, able to

24    observe somebody flashing up a completed tally sheet on a

12:36:38   25    screen somewhere.  And I'm showing you Exhibit 3, which

App. 119

1     is the tally sheet; right?

2          So, a union member can, presumably, see this when

3     the results are announced; right?

4               MR. ALEXANDER:  What exhibit are you holding

12:36:50   5   up?

6               MR. STOLTZ:  Exhibit 3.

7               MR. ALEXANDER:  Thank you.

8               THE WITNESS:  Yes.  Or published in any

9     other number of ways.

12:36:58  10   Q     BY MR. STOLTZ:  Is there any other mechanism that

11    you're aware of whereby an observer observes any aspect

12    of counting, other than just seeing this Exhibit 3

13    published?

14               MR. ALEXANDER:  Object to the form of the

12:37:11  15   question, misstates prior testimony; mischaracterizes

16    Exhibit 3.

17               THE WITNESS:  Okay.

18    Q     BY MR. STOLTZ:  You can still answer the question.

19    A     Okay.  I mean, since I'm not used to the process, I

12:37:27  20   don't -- I kind of lose my track.

21               MR. ALEXANDER:  Would you read the question?

22          (The reporter reads the question)

23               THE WITNESS:  That would be up to the

24    individual observer.  With the vote digests and access to

12:38:01  25   the -- what I believe I called tally records table or

App. 120

1    something like that, to the entire data that results from

2    the decrypted -- the double encryption, okay, and MRNS

3    observer type -- an MRNS qualified observer could take

4    the vote digests, make sure that they actually appeared

12:38:29  5    in the decrypted table.  The decrypted table could be

6    compared, in the January 2016 election, to the votes

7    table or the data that votes -- the plain text strings

8    that were stored in the votes table to corroborate the --

9    what was stored in encrypted form with the data that was

12:38:54  10    stored in plain text form.  We, in fact, did that

11    ourselves for that verification.

12        So, somebody who was both interested and

13    knowledgeable could have performed exactly the same

14    function, okay, so that the -- the important thing there

12:39:14  15    is that the votes that existed in plain text matched up

16    to the ones in the tally records table.  So, if an

17    observer had access to both, then they could corroborate

18    that the count was done correctly.  Further, if the votes

19    table just plain text strings were done -- had been made

12:39:41  20    available to an observer, then a simple Excel program

21    could be written to count from those, okay, and those

22    could be compared against the count.

23        Early on in our association with the Department

24    of Labor --

12:39:58  25        MR. WARMAN:  Just answer his question.

**App. 121**

1            THE WITNESS:  Did that answer the question?

2            MR. STOLTZ:  Yeah.

3       Q    BY MR. STOLTZ:  I think I asked, yeah, what -- other

4       than Exhibit 3, what other ways can an observer observe

12:40:07  5  things.  And you mentioned the vote digests; correct?

6       And also, they could tally up the vote strings -- the

7       unencrypted vote strings on the vote table; correct, if

8       they're given access to that?

9       A    (The witness nods head.)

12:40:18  10  Q    Is there anything else that you can you think of?

11      A    Those would be the items that are critical in the

12      design.

13      Q    And out of those three items, obviously, we know that

14      Exhibit 3 was given to union members and observers.

12:40:32  15          The vote digests may or may not be available,

16      depending on what the union decides to do; correct?

17      A    Correct.

18      Q    And, likewise, the vote table itself, does the union

19      get to decide whether to give that to observers?

12:40:45  20  A    It's generally -- that's generally not produced,

21      okay.  It was something specifically requested on

22      3/21/2016.  And so, we pulled the data out for that.  But

23      you know, there are a lot of ifs here.

24          And so, if somebody had that data, they could see

12:41:06  25  it and do the counting on their own.

1    Q    Let me ask you -- I understand how comparing the vote

2    digests to the doubly encrypted votes is a way to verify

3    that the vote hasn't been changed or altered or dropped,

4    you know, since it's been digested.

12:41:21  5        But prior to when a vote is really digested, in

6    that split second when a vote is initially cast, let's

7    say an observer wants to have some way to observe or

8    verify that the vote is actually recorded in the

9    BallotPoint system consistent with what the voter

12:41:41  10   actually intended to cast; in other words, the voter is

11   looking at a screen and intends to vote for candidate 1.

12        Is there a way that an observer can verify that

13   that vote is actually logged as for candidate 1 in the

14   system?

12:41:57  15   A    I'm not sure that that's a role of an observer.

16   There is no way that an observer can get to the

17   individual screen for a member or to the individual phone

18   call for a member.

19        That seems like a violation of secrecy.

12:42:17  20   Q    Right.

21        And I'm not -- for example, in an election that

22   occurs just at a physical polling site, an observer can

23   watch a voter mark a ballot, not looking over the

24   shoulder, but they can watch from a distance that an

12:42:34  25   observer -- that the voter marks the ballot and then

App. 123

| | | |
|---|---|---|
| | 1 | deposits it into the ballot box. And then they can watch |
| | 2 | that ballot box until it's opened and then the votes are |
| | 3 | counted. So, my question is: Here -- and that way they |
| | 4 | have some assurance that the vote that went into the |
| 12:42:46 | 5 | ballot box is the one that the voter intended to go in. |
| | 6 | Is there a similar way that an observer -- let's |
| | 7 | just call them a person here -- can verify that the vote |
| | 8 | that is recorded in the ballot box is actually the vote |
| | 9 | that was intended? |
| 12:43:00 | 10 | A    No. |
| | 11 | Q    The -- |
| | 12 | A    May I add something? |
| | 13 | Q    Sure.  If you'd like to add something, go ahead. |
| | 14 | A    That's the point of the confirmation numbers.  It's |
| 12:43:14 | 15 | our view it's not the business of the observer -- an |
| | 16 | observer under an LMRDA kind of an environment to be able |
| | 17 | to look at how an individual has cast his vote.  That's a |
| | 18 | violation of secrecy.  Providing that information via the |
| | 19 | confirmation number in a post-election structure of some |
| 12:43:35 | 20 | kind so the individual voter could see that his vote was |
| | 21 | cast as intended is critical to the system. |
| | 22 | I think that's an important part of what the |
| | 23 | BallotPoint system has. |
| | 24 | Q    Now, I understand there is something called a who |
| 12:43:52 | 25 | voted report that is generated after the election. |

App. 124

```
        1   A    Correct.

        2   Q    And that is literally just a list of every person who

        3   voted; right?

        4   A    Correct.

12:43:59 5   Q    So, an observer, if they want to go look and see,

        6   okay, these are the 100 or 1,000 or however many people

        7   who voted; correct?

        8   A    Yes.

        9   Q    Now, at a physical polling site election, in

12:44:11 10  practice -- in theory, an observer could literally sit

        11  there and watch voters come up and see who they are, and,

        12  thereafterwards, compare that to the list of people who

        13  voted and say, yeah, I saw John walk up and vote, and

        14  here he is on the list.

12:44:26 15       How can a person in this election here, how can

        16  they assure themselves that the who voted list accurately

        17  reflects who did, in fact, vote?

        18            MR. ALEXANDER:  Objection, calls for

        19  speculation.

12:44:38 20            THE WITNESS:  Yeah.  I can't answer that.

        21  But I will say that the same is not true in -- the same

        22  concern would be available to mail ballots.

        23  Q    BY MR. STOLTZ:  So, you said you couldn't answer.

        24       Are you -- is it you couldn't answer because

12:45:07 25  you're not aware of any way for a person to verify that;
```

**App. 125**

1    is that fair to say?

2    A    There is no way to verify -- that an observer can

3    verify that that individual cast a vote from his kitchen

4    or on the phone or on a Web browser.

12:45:23  5        There is no way to do that.

6    Q    The -- getting back to the servers, the MRNS server

7    and the ES server, do those contain a trusted platform

8    module?

9    A    I don't know what we're talking about there.

12:46:01  10  Q    Okay.  Do those contain an integrated lights out

11   management system?

12   A    I don't know what the term refers to.

13   Q    When you access -- the ES, I understand, can be

14   accessed over the Internet, for example, to update the

12:46:19  15  software; correct?

16   A    Correct.

17   Q    How is that Internet access accomplished?  Is it a

18   remote access?  Is it some other feature?

19        What is it?

12:46:27  20  A    It's a remote access.

21   Q    Is it a VPM?

22   A    It uses the Team Viewer software.

23   Q    Team Viewer software?

24   A    Viewer.  It's a commercial product.

12:46:37  25  Q    Any other features or things that are associated with

Page 130

```
 1                    CERTIFICATE

 2        I, Paula D. Tieger, a Registered Professional Reporter

 3   and Notary Public for the State of Oregon, hereby certify

 4   that said witness personally appeared before me at the

 5   time and place set forth in the caption hereof; that at

 6   said time and place I reported in stenotype all testimony

 7   adduced and other oral proceedings had in the foregoing

 8   matter; that thereafter my notes were transcribed through

 9   computer-aided transcription, under my direction; and

10   that the foregoing pages constitute a full, true and

11   accurate record of all such testimony adduced and oral

12   proceedings had, and of the whole thereof.

13        Witness my hand at Portland, Oregon, this 27th day of

14   July, 2017.

15

16

17

18                   Paula D. Tieger, RPR 49286

19                   Expires 9/30/19

20                   Notary Public 957195

21                   Expires 12/8/20

22

23

24

25
```

App. 128

| eid | uniqid | timestamp | confnum | medium | votestring | attr1 | attr2 | attr3 | attr4 | trkid | from | dev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DEFAULT_825723100 | 2015-12-12 21:34:17.000 | 152317194 | IVR | 1~8:^2~2:^3~2:^4~3: | ORD | FA | | | 00003F23 | 708******* | InpFEVUb81rgKSJEMfPns |
| 15 | DEFAULT_305484380 | 2015-12-13 07:53:58.000 | 151782224 | IVR | 1~7:^2~2:^3~2:^4~3: | ORD | FA | | | 00004191 | 773******* | Ictx9mSlSCiEPgPLKpqVEu |
| 15 | DEFAULT_332785018 | 2015-12-13 08:51:18.000 | 154363097 | IVR | 1~4:^2~1:^3~1:^4~1: | ORD | FA | | | 000041D3 | 847******* | BaNkSuxtxlPazpvQ8Fi8le |
| 15 | DEFAULT_864193956 | 2015-12-13 10:38:11.000 | 150727238 | IVR | 1~1:^2~1:^3~3:^4~5: | ORD | FA | | | 00004243 | 815******* | CnXbQwjJNBr5d4QzwYVi |
| 15 | DEFAULT_774767855 | 2015-12-13 13:14:19.000 | 157464900 | IVR | 1~8:^2~3:^3~5:^4~4: | ORD | FA | | | 000042E3 | 708******* | mG+1bpAkfLcpZBLclfIdw |
| 15 | DEFAULT_225677175 | 2015-12-13 13:35:29.000 | 153763123 | IVR | 1~4:^2~3:^3~2:^4~3: | ORD | FA | | | 000042FF | 630******* | 7G5/JysUvIVBJ2KSOb7Vq |
| 15 | DEFAULT_363662355 | 2015-12-13 14:02:57.000 | 156272267 | IVR | 1~4:^2~1:^3~1:^4~1: | ORD | FA | | | 00004321 | 630******* | O4jxfZRj7cyUc4zkGRFaoj |
| 15 | DEFAULT_917615056 | 2015-12-13 16:10:16.000 | 150000610 | IVR | 1~8:^2~3:^3~5:^4~4: | ORD | FA | | | 000043A7 | 773******* | Ad7q+1fGWws2F8Xp9a3 |
| 15 | DEFAULT_920416565 | 2015-12-13 16:25:44.000 | 159599919 | IVR | 1~4:^2~1:^3~1:^4~1: | ORD | FA | | | 000043BD | 630******* | vCWrW7nGG+7pBGjQhX |
| 15 | DEFAULT_106067226 | 2015-12-13 17:59:54.000 | 150294494 | IVR | 1~8:^2~3:^3~5:^4~4: | ORD | FA | | | 00004421 | 773******* | iJHqaiF/ryr0XNu7m32Sxe |
| 15 | DEFAULT_439875282 | 2015-12-14 02:03:02.000 | 155201411 | IVR | 1~6:^2~1:^3~1:^4~1: | PHL | FA | | | 0000460B | 810******* | yM5bPSTGVDTcBz/zTy7P |
| 15 | DEFAULT_209575932 | 2015-12-14 04:37:35.000 | 156191108 | IVR | 1~6:^2~2:^3~1:^4~1: | PHL | FA | | | 000046AB | 330******* | 7XyChTwZwv00SrVZAXXk |
| 15 | DEFAULT_108046891 | 2015-12-14 05:47:40.000 | 154414973 | IVR | 1~5:^2~3:^3~4:^4~3: | ORD | FA | | | 000046F7 | 773******* | 7XhFhco6log9K6yYOdi8p |
| 15 | DEFAULT_902741559 | 2015-12-14 07:42:10.000 | 156229551 | IVR | 1~5:^2~3:^3~2:^4~3: | MIA | FA | | | 0000476F | 407******* | a5g0gayIGB76+Dtj9HTOg |
| 15 | DEFAULT_191642525 | 2015-12-14 08:12:47.000 | 155168768 | IVR | 1~8:^2~3:^3~5:^4~4: | ORD | FA | | | 00004793 | 815******* | NMrAZCiWYHS9VWy5HN |
| 15 | DEFAULT_858636758 | 2015-12-14 10:03:37.000 | 152460028 | IVR | 1~3:^2~2:^3~1:^4~1: | CLT | FA | | | 00004813 | 954******* | xvX+g2LRUb8B+mtdKGI0 |
| 15 | DEFAULT_681048855 | 2015-12-14 10:08:26.000 | 155329675 | WEB | 1~8:^2~3:^3~5:^4~1: | PHL | FA | | | | 71.175.54.91 | hPDPo0pdazM3WKCMrP |
| 15 | DEFAULT_179995613 | 2015-12-14 10:09:31.000 | 150078731 | IVR | 1~7:^2~2:^3~2:^4~5: | DFW | FA | | | 00004820 | 352******* | RV37InOYwe/Tyz3T+RPYi |
| 15 | DEFAULT_345184302 | 2015-12-14 10:18:27.000 | 151248168 | IVR | 1~8:^2~3:^3~5:^4~4: | ORD | FA | | | 000048D | 847******* | hBdIDbWKGH1m8K8itbz. |
| 15 | DEFAULT_281860103 | 2015-12-14 10:19:02.000 | 154712525 | IVR | 1~6:^2~1:^3~1:^4~1: | PHL | FA | | | 00004835 | 678******* | hqEao4re0SEweJo9a2wC |
| 15 | DEFAULT_887194458 | 2015-12-14 10:23:02.000 | 155311160 | WEB | 1~4:^2~1:^3~1:^4~1: | DFW | FA | | | | 76.228.253.41 | ScQKNCuTLIJbVeHZ2WV\ |
| 15 | DEFAULT_367923009 | 2015-12-14 10:31:23.000 | 154434245 | WEB | 1~3:^2~2:^3~1:^4~1: | CLT | FA | | | | 71.75.201.123 | Jyo90lIDmGRIQd8bpGVf |
| 15 | DEFAULT_563449300 | 2015-12-14 10:42:28.000 | 151529831 | WEB | 1~4:^2~1:^3~1:^4~1: | LAX | FA | | | | 68.227.249.116 | N5uTe7+gzoTH/Tpw84pp |
| 15 | DEFAULT_990992638 | 2015-12-14 10:59:35.000 | 152218641 | IVR | 1~2:^2~1:^3~1:^4~5: | MIA | FA | | | 00004879 | 305******* | kOlY0xw8PTbSulpdWY/V |
| 15 | DEFAULT_712813348 | 2015-12-14 11:03:06.000 | 151304896 | WEB | 1~2:^2~2:^3~3:^4~5: | STL | FA | | | | 96.35.56.159 | JRpQa6i/KDzcWYwmIDf5 |
| 15 | DEFAULT_360058060 | 2015-12-14 11:06:26.000 | 159946391 | WEB | 1~4:^2~1:^3~1:^4~1: | MIA | FA | | | | 99.14.28.246 | +ucZTZLQkLqgmVSnZyUD |
| 15 | DEFAULT_966263907 | 2015-12-14 11:09:21.000 | 155551399 | IVR | 1~8:^2~3:^3~5:^4~4: | MIA | FA | | | 00004893 | 954******* | NAO4kCrfgM4GRwVaoG |
| 15 | DEFAULT_606390149 | 2015-12-14 11:13:04.000 | 150577344 | WEB | 1~4:^2~1:^3~1:^4~1: | DFW | FA | | | | 70.122.232.148 | 9Bb7VaUMYkwTdcPGu5/ |
| 15 | DEFAULT_224823364 | 2015-12-14 11:16:21.000 | 164462623 | WEB | 1~4:^2~1:^3~1:^4~1: | CLT | FA | | | | 24.254.11.217 | 8JkmyANaIO3adJRtA2FY( |
| 15 | DEFAULT_867758767 | 2015-12-14 11:39:05.000 | 153079835 | IVR | 1~4:^2~1:^3~1:^4~1: | DFW | FA | | | 000048B9 | 408******* | HMkG8fxQfrJEt1TOW4VE |
| 15 | DEFAULT_253884921 | 2015-12-14 11:44:24.000 | 152562864 | IVR | 1~6:^4~2: | PHL | FA | | | 000048C7 | 267******* | IegaZNSp7RaL2LHMB4N\ |
| 15 | DEFAULT_548039748 | 2015-12-14 11:44:38.000 | 152987970 | IVR | 1~4:^2~1:^3~1:^4~1: | ORD | FA | | | 000048CD | 773******* | cpssWSxzd6Typ7gtMYeC |
| 15 | DEFAULT_556702447 | 2015-12-14 11:44:41.000 | 155288087 | IVR | 1~4:^2~1:^3~1:^4~1: | MIA | FA | | | 000048C3 | 919******* | tpMQn0G3tHDr2JvOsXQ! |



📄 **dbo.OfficerElectionMember**

📁 **Columns**

- 📄 oem_cl_id (int, not null)
- 📄 oem_eid (int, not null)
- 📄 oem_mid (varchar(20), not null)
- 📄 oem_mtype (varchar(8), not null)
- 📄 oem_access_code (char(12), not null)
- 📄 oem_firstname (nvarchar(30), not null)
- 📄 oem_middlename (nvarchar(30), not null)
- 📄 oem_lastname (nvarchar(30), not null)
- 📄 oem_attr1 (varchar(32), not null)
- 📄 oem_attr2 (varchar(32), not null)
- 📄 oem_attr3 (varchar(32), not null)
- 📄 oem_attr4 (varchar(32), not null)
- 📄 oem_addr1 (nvarchar(50), not null)
- 📄 oem_addr2 (nvarchar(50), not null)
- 📄 oem_addr3 (nvarchar(50), not null)
- 📄 oem_city (nvarchar(50), not null)
- 📄 oem_state (nvarchar(50), not null)
- 📄 oem_country (nvarchar(50), not null)
- 📄 oem_zip (nvarchar(20), not null)
- 📄 oem_eaddr (varchar(150), not null)
- 📄 oem_accessed (int, not null)
- 📄 oem_access_from (varchar(20), not null)
- 📄 oem_access_when (varchar(20), not null)
- 📄 oem_vote_cast (int, not null)
- 📄 oem_smartphone (varchar(20), not null)

📁 Keys



App. 129

Item 21 README.txt

IMPORTANT: What we interpret "membership database or table" to mean is the data stored in the OfficerElectionMembers table in the MRNS database. No membership information is stored on the ES.

Neither BallotPoint engineers nor APFA election administrators have direct access to this table. To do so would require BallotPoint to make additions to the application software in the MRNS. We will not add such software.

What IS provided for this Item is the structure of the OfficerElectionMember table.

The membership data imported by the MRNS to this table is provided at Item-1.



App. 130

Charles Stapleton                                                    July 28, 2017
Washington, D.C.

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF TEXAS

 3                    FORT WORTH DIVISION

 4       - - - - - - - - - - - - - - -  X

 5   R. ALEXANDER ACOSTA,                :

 6   Secretary of Labor                  :

 7       Plaintiff,                      :   Civil Action No.

 8          v.                           :   4:16-cv-1057-A

 9   ASSOCIATION OF PROFESSIONAL         :

10   FLIGHT ATTENDANTS,                  :

11       Defendant.                      :

12       - - - - - - - - - - - - - - -  X

13                       Washington, D.C.

14                       Friday, July 28, 2017

15              Deposition of CHARLES STAPLETON, a witness

16   herein, called for examination by counsel for

17   Plaintiff in the above-entitled matter, pursuant to

18   notice, the witness being duly sworn by ANGELA K.

19   MCCULLOUGH, RPR, a Notary Public in and for the

20   District of Columbia, taken at the offices of

21   Bredhoff & Kaiser PLLC, 805 15th Street, Northwest,

22   Suite 1000, Washington, DC, at 9:59 a.m., Friday,
```

Charles Stapleton                                                                July 28, 2017
Washington, D.C.

Page 6

1                    P R O C E E D I N G S

2    Whereupon,

3                    CHARLES STAPLETON,

4    called as a witness by counsel for the Plaintiff, and

5    having been duly sworn by the Notary Public, was

6    examined and testified as follows:

7              EXAMINATION BY COUNSEL FOR PLAINTIFF

8    BY MR. STOLTZ:

9         Q.    Good morning, sir.  My name is

10   Brian Stoltz, and I'm the attorney for the Plaintiff

11   in this case, which is the Secretary of Labor.

12              I understand you have been retained by the

13   Defendant; is that correct?

14        A.    Yes.

15        Q.    And can -- can you please tell us your

16   full name for the record.

17        A.    Charles Curtis Stapleton.

18        Q.    And, Mr. Stapleton, you've been retained

19   as an expert witness by the Association of

20   Professional Flight Attendants, also known as the

21   APFA; is that right?

22        A.    I was retained by Bredhoff & Kaiser.

Charles Stapleton                                              July 28, 2017

Washington, D.C.

Page 7

1      Q.    So you're retained by the APFA's law firm

2    on behalf of the Defendant?

3      A.    Yes.

4      Q.    And I understand that you've reached some

5    opinions in this case; is that correct?

6      A.    Yes.

7      Q.    Okay.  What -- what opinions have you

8    reached in this case?

9      A.    They're in the report, obviously.  Are you

10   asking me to tell you what's in the report?

11     Q.    I'm not looking for a word-by-word

12   recitation.  I'm just saying -- what are your

13   opinions?  What are your main opinions?

14     A.    Well, one is that, in general, the -- I

15   believe the election that was held in January --

16   there's no reason to believe it was incorrectly

17   tallied.

18     Q.    Okay.  So there's no reason to believe the

19   January -- you're talking about the January 2016

20   election for the APFA, right?

21     A.    Yeah.

22     Q.    Okay.  So you -- you have one opinion that

Charles Stapleton                                                    July 28, 2017
Washington, D.C.

Page 24

1    was given to you on a flash drive?

2         A.    Yes.

3         Q.    And then using some kind of standard tool

4    that you have, you were able to then physically look

5    at the code and see what it says essentially; is that

6    right?

7         A.    Yes.

8         Q.    And where did this review occur?

9         A.    In Portland.

10        Q.    And where in Portland?

11        A.    At the BallotPoint office or a BallotPoint

12   office, I suppose.

13        Q.    And is this in the office where

14   BallotPoint has, like, Dan Hilderbrand -- you know

15   Dan Hilderbrand, right?

16        A.    Yes.

17        Q.    He's got kind of his own little area that

18   has a door, and then there's kind of a bullpen-type

19   area where some of the other personnel have their

20   work areas.  Is that the office you're thinking of?

21        A.    That sounds like where I was, yes.

22        Q.    I've been there, too.  I just want to make

Page 44

1      A.    I mean, it might be obvious to some.

2      Q.    Well, you could -- you could look at the

3  IP address from the ES, find the same IP address from

4  the MRNS, find who they voted for, and find their

5  name, right?

6      A.    Yeah.  Potentially.

7      Q.    Is it your impression -- you talked to the

8  folks at BallotPoint, correct?

9      A.    Yes.

10      Q.    Okay.  Is it your understanding that they

11  intentionally did not allow for any such report to be

12  generated, or was it just sort of dumb luck that you

13  couldn't do this?

14      A.    So I don't believe they intentionally

15  provided a facility to do that.

16      Q.    So your review of the application code on

17  the ES and the MRNS confirms that no user can get on

18  the internet and generate reports from the ES and the

19  MRNS that show IP addresses from both server, right?

20            MR. ALEXANDER:  Object to the form of the

21  question, asked and answered.

22            You can answer it again.

App. 135

Charles Stapleton                                                    July 28, 2017
Washington, D.C.

Page 45

1              THE WITNESS:   Yeah.   That there was no way

2    that you could use the application to generate a

3    report that would link IP addresses, and timestamps,

4    and users from one to IP addresses, timestamps, and

5    votes from the other.

6    BY MR. STOLTZ:

7         Q.     And, in your mind, I mean, that's a --

8    that's a fact that supports your opinion that the

9    system did not provide reports that allowed votes to

10   be linked to voters, right?

11        A.     Yes.

12        Q.     Are there any other facts aside from this

13   fact about what reports could be generated -- any

14   other facts that you relied on or that you believe

15   support the opinion that you can't link votes to

16   voters?

17        A.     That the application didn't provide a

18   facility to do that?   Is that what you're asking?

19   That -- is that what you're asking?

20        Q.     Well, I think so.   I think we've already

21   discussed now and, I think, confirmed that your

22   review showed that the application did not provide

Charles Stapleton                                    July 28, 2017
Washington, D.C.

Page 46

1    any facility to allow users to log in and generate

2    that type of report that would link votes to voters,

3    right?

4         A.    (Witness nods.)

5         Q.    So we've already talked about that.

6         A.    Correct.

7         Q.    And that obviously supports -- in your

8    mind, that supports the opinion that, you know, the

9    system didn't allow votes to be linked to voters,

10   right?

11        A.    Well, my opinion is not that it didn't --

12   the system -- that it wasn't possible to link votes

13   to voters.  It was that there was no application code

14   or function that allowed users to do that.

15        Q.    Okay.  So you've drawn a distinction there

16   between -- you said there was no function that

17   allowed users to do it versus it wasn't possible.

18             Does that mean it is possible through some

19   other mechanism, in your mind?

20        A.    Yeah, yes.

21        Q.    Okay.  And is that the -- you're familiar

22   with what the Department of Labor did once they

**App. 137**

Charles Stapleton                                                July 28, 2017

Washington, D.C.

Page 47

1    gathered information from both servers?

2         A.    Yes.

3         Q.    Okay.  So is it fair to say that you agree

4    that what the Department of Labor did allows linking

5    votes to voters?  Is that accurate?

6         A.    Yes.

7         Q.    Okay.  So any other facts that you're

8    relying on or that support your opinion -- well, I

9    guess you've answered that question because you said

10   the opinion is that the system did not allow users to

11   make a report that shows IP addresses from both

12   servers.  And that's based on your review of the

13   system, right?

14        A.    It didn't create a report that users

15   could -- that would link voters to votes, yes.

16        Q.    Now, did you, as part of your review,

17   consider other ways that people could gain access to

18   the information on the ES and the MRNS, or was that

19   outside the scope of your review?

20        A.    Well, my review was primarily to

21   understand how the system worked and what protections

22   were in place.  And so all things related to security

Charles Stapleton                                    July 28, 2017
Washington, D.C.

Page 51

```
 1   users interact with the server by -- by working with

 2   a test system.

 3        Q.    Okay.  Anything else?

 4        A.    No.

 5        Q.    And when you say, "Reviewing how users

 6   interact with the server," do you mean that you were

 7   able to sort of get your own log-in and see what a

 8   user would see if they logged in as an administrator,

 9   or as an observer, or as a voter?  Is that what we're

10   talking about?

11        A.    Yes.

12        Q.    The source code that you mentioned in

13   connection with your opinion that there's no reason

14   to believe that the vote was incorrectly tallied,

15   what source code did you review?

16        A.    The source code that counts ballots

17   elections.

18        Q.    And is that --

19        A.    And the source code that produces reports.

20        Q.    Anything else?  Any other specific source

21   code?

22        A.    No.
```

Charles Stapleton                                              July 28, 2017
                          Washington, D.C.

                                                              Page 52

    1        Q.    Now, this source code that you reviewed

    2   that counts ballots elections and produces reports,

    3   is it within the body of source code that you earlier

    4   described as the voting application code?

    5        A.    Yeah.  By voting application, I'm

    6   referring to all of the code that makes up the -- the

    7   BallotPoint voting system.

    8        Q.    So this is, again, within the same body of

    9   BallotPoint-created code that exists on the ES and

   10   the MRNS?

   11        A.    Correct.

   12        Q.    Okay.  And, within that code, there are

   13   specific subsets of code or sections that perform a

   14   counting function or perform a producing-report

   15   function; is that generally correct?

   16        A.    Yes.

   17        Q.    And so you specifically looked at the

   18   portion of the code that performs the counting

   19   operation, right?

   20        A.    And produced the results of that.

   21        Q.    And so the -- I gather that the counting

   22   operation of the code, that's probably a relatively

Charles Stapleton                                                July 28, 2017
Washington, D.C.

Page 53

1   basic concept in computers, a counting function.  Is

2   it?

3        A.    Yes.

4        Q.    And you reviewed that counting function

5   just to -- well, you tell me.  Why -- what did you

6   review that counting function for?

7        A.    To determine if there was anything unusual

8   about it.

9        Q.    And did you find anything unusual?

10       A.    No.

11       Q.    So your review of the counting function

12  left you with the impression that, when it counts, it

13  actually does count in the correct manner

14  essentially?

15       A.    Yes.

16       Q.    Okay.  And as far as the producing-report

17  code, what does that code do in general terms?

18       A.    Well, counting the tally is one thing, and

19  then letting users know what the result is is a

20  different thing.  So producing the reports or pages

21  is -- is producing the results of the tally.

22       Q.    So, if I understand correctly, once the --

Charles Stapleton                                              July 28, 2017
Washington, D.C.

Page 63

1    correct?

2         A.    I looked at this, but I did not consider

3    whether they were wrong or right necessarily.  I was

4    just using it for background information to

5    understand.  I don't remember if I agreed with

6    everything or disagreed with anything.

7         Q.    And in this case, though, are you offering

8    any opinions on whether the Department of Labor could

9    or could not perform the vote-to-voter linking that

10   they describe here in Exhibit 1, interrogatory No. 1?

11        A.    With regard to being able to link votes to

12   voters, I believe that they did that.

13        Q.    Let me ask about your background.  I

14   understand that you're the founder and CEO of a

15   company called Adept Security Consulting, LLC; is

16   that right?

17        A.    Yes.

18        Q.    What is Adept Security Consulting?

19        A.    It's an information security consulting

20   firm.

21        Q.    So just generally speaking, what kind of

22   work does the company do?

Charles Stapleton                                               July 28, 2017
Washington, D.C.

Page 73

1    winner -- a human winner of a vote, or something like

2    that.

3          Q.    And what have you worked on that -- it

4    sounds like there may be something in your mind.

5          A.    Well, I mean, I've worked on many systems.

6    And, you know, some systems I can think of collect

7    information from people and then make determinations

8    on what to do based on, you know, how similar or

9    dissimilar that information they collect from people

10   might be.

11         Q.    Okay.  So you've worked on systems that

12   collect information, but just not voting specifically

13   in the -- in the context of a contested election for

14   people; fair to say?

15         A.    Yes.

16         MR. STOLTZ:  Do you want to go off the

17   record for a sec.

18         (Recess.)

19   BY MR. STOLTZ:

20         Q.    Okay.  Mr. Stapleton, I understand that

21   you visited Portland, and you were in the BallotPoint

22   office in Portland, and you had some discussions with

Charles Stapleton                                                July 28, 2017
                        Washington, D.C.

Page 74

1    BallotPoint personnel; is that right?

2        A.    Yes.

3        Q.    Have you had any other discussions with

4    anybody from BallotPoint outside of your meeting in

5    Portland?

6        A.    No.  Maybe back in 2008 or '9.

7        Q.    Good point.  And I'm referring to -- for

8    purposes of this case.  So your answer is no for

9    purposes of this case?

10       A.    Yes.  No.  My answer is no for purposes of

11   this case.

12       Q.    Thank you.

13             Now, when you were in Portland, did you go

14   to this LightPoint facility that BallotPoint uses as

15   a collocation facility?

16       A.    Yes.

17       Q.    And what, generally speaking, is a

18   collocation facility?

19       A.    A facility where people can put their

20   computers that have more security, maybe better

21   internet, better power.  And that's kind of run and

22   maintained by other people, the facility, as opposed

Alderson Court Reporting

App. 144

Charles Stapleton                                                          July 28, 2017
Washington, D.C.

Page 75

1    to housing it in their own office.

2         Q.    So there's an advantage I guess, if you --

3    if you have a computer that's performing some

4    important function for your business, you can put it

5    somewhere, and maybe they have a backup power system?

6         A.    Correct.

7         Q.    And they may have a better fire protection

8    system or something like that?

9         A.    Correct.

10        Q.    And they also have security in place,

11   obviously?

12        A.    In most cases, yes.

13        Q.    And the use of these collocation

14   facilities, is that a common thing in the -- just in

15   business generally?  Do people use these?

16        A.    Yes.

17        Q.    And is a -- LightPoint, I understand, is

18   the company that operates the collocation facility;

19   is that right?

20        A.    That's my understanding, too.  Yeah.

21        Q.    Okay.  And this is a thing where there's

22   companies that are in the business of operating

Charles Stapleton                                    July 28, 2017
                        Washington, D.C.

Page 76

1    collocation facilities?  I guess they charge a rent

2    or something like that?

3         A.    Yes.

4         Q.    And how does one -- if I run a business

5    and I want to put a computer in a collocation

6    facility, how do I go about doing that?

7         A.    Call the collocation facility and ask them

8    how to do that.

9         Q.    And so they'll tell you if, you know, we

10   don't have space for it, we do have space, this is

11   how much we charge, stuff like that?

12        A.    I imagine.

13        Q.    And collocation facilities -- I gather

14   they don't let just any member of the public in to

15   look at the computers and poke around, do they?

16        A.    I don't know what policies are for

17   different collocation facilities.

18        Q.    Do you have any experience yourself

19   dealing with collocation facilities?

20        A.    I've worked in several collocation

21   facilities performing tests.

22        Q.    And when you've -- well, for example, when

Charles Stapleton                                              July 28, 2017
Washington, D.C.

Page 77

1   you visited the collocation facility in Portland with

2   BallotPoint, how did that work for you to gain access

3   to that facility?

4          A.    I went over with Gerry and, you know, a

5   couple of people.  And they had key card access, I

6   believe, to the facility.

7          Q.    So the fact that you were with

8   BallotPoint -- BallotPoint -- some of their personnel

9   have the ability to get in this facility, and you

10  tagged along with them; is that fair to say?

11         A.    Yes.  I went with them to the facility.

12                  (Exhibit No. 2 was marked for

13                  identification.)

14               MR. ALEXANDER:  Thank you.

15  BY MR. STOLTZ:

16         Q.    I've handed you a document marked as

17  Exhibit 2.  Do you recognize this as your expert

18  report in this case?

19         A.    Yes.

20         Q.    On page 3, there is a -- that's page 3 of

21  Exhibit 2.  There's a section D called "Documents and

22  Other Materials Considered."  Do you see that?