ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 15 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

THOMAS E. PEREZ [now
R. ALEXANDER ACOSTA],
Secretary of Labor,

    Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL
FLIGHT ATTENDANTS,

    Defendant.

Civil Action No. 4:16-CV-1057-A

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the Secretary of Labor, hereby responds to the motion for summary judgment (Doc. 27) filed by defendant, the Association of Professional Flight Attendants (APFA). Pursuant to local civil rule 56.4(b), the matters required by local civil rule 56.4(a) are set forth in the Secretary's accompanying brief. For the reasons discussed therein, the Secretary requests that the APFA's motion be denied.

Respectfully submitted,

JOHN R. PARKER
United States Attorney

_____
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff,
the Secretary of Labor

### Certificate of Service

On September 15, 2017, I served the foregoing document (along with the accompanying proposed order) on defendant, the Association of Professional Flight Attendants, by mailing it by prepaid first-class mail to defendant's counsel of record, addressed as follows:

Andrew D. Roth
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., N.W., Tenth Floor
Washington, D.C. 20005

_____
Brian W. Stoltz
Assistant United States Attorney