


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ [now R. ALEXANDER ACOSTA], Secretary of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, <br><br> Defendant. | Civil Action No. 4:16-cv-1057-A |

### DEFENDANT APFA'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1 and 56.4, Defendant Association of Professional Flight Attendants ("APFA") opposes Plaintiff's Motion for Summary Judgment and requests that the Court deny that Motion.

The legal grounds supporting APFA's Response are fully set forth in the accompanying brief. In addition, each of the matters required by Local Rule 56.4(a) are set forth in that brief.

Respectfully submitted,

*/s/ Andrew D. Roth*

ANDREW D. ROTH*
D.C. Bar No. 414038
ROBERT ALEXANDER*
D.C. BAR No. 465673
ADAM BELLOTTI*
D.C. Bar No. 1020169
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
Email: aroth@bredhoff.com
Email: ralexander@bredhoff.com
Email: abellotti@bredhoff.com

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, TX 75214
Tel: (214) 637-0750
Fax: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Defendant Association
of Professional Flight Attendants

* Admitted Pro Hac Vice

Dated: September 15, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2017, the above and foregoing Response to Motion for Summary Judgment was served on the following Plaintiff's counsel of record electronically by email transmission and by overnight mail, as authorized by Federal Rule of Civil Procedure 5(b):

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

                                                              *Sanford R Denison*
                                                              SANFORD R. DENISON