IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:16-CV-1057-A |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, | § § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

In accordance with the court's memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, DECLARES and DECREES that the election for the offices of national president, national vice president, national secretary, and national treasurer of defendant, Association of Professional Flight Attendants, for which voting concluded January 9, 2016, is void.

The court further ORDERS, ADJUDGES, and DECREES that defendant conduct a new election for the offices of national president, national vice president, national secretary, and national treasurer (including any runoff, should one be necessary) under the supervision of plaintiff, R. Alexander Acosta, Secretary of Labor, and in accordance with the constitution and bylaws of defendant insofar as they are not inconsistent with the provisions of 29 U.S.C. §§ 481-83.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff, upon completion of the supervised election (including any runoff, should one be necessary) promptly certify to the court the names of the persons elected.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff have and recover his court costs from defendant.

SIGNED September 26, 2017.

_____
JOHN McBRYDE
United States District Judge