

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 31 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THOMAS E. PEREZ, SECRETARY §
OF LABOR, §
§
Plaintiff, §
§
VS. § NO. 4:16-CV-1057-A
§
ASSOCIATION OF PROFESSIONAL §
FLIGHT ATTENDANTS, §
§
Defendant. §

## DECREE DECLARING OFFICERS OF ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS

The court having previously rendered judgment voiding the election for the offices of national president, national vice president, national secretary, and national treasurer of defendant, Association of Professional Flight Attendants, for which voting concluded on January 9, 2016, and ordering that a new election be conducted under the supervision of plaintiff, the Secretary of Labor, and

The Secretary of Labor now having certified to the court the names of the persons elected, in the Certification of Election filed with the court on December 26, 2018, pursuant to section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)),

The court, pursuant to section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), DECREES that Lori Bassani is the president, Liz Geiss

is the vice president, Lisabeth Hillman is the secretary, and

Craig Gunter is the treasurer of defendant

      SIGNED December 31, 2018.

                    JOHN McBRYDE
                    United States District Judge